# PLAINTIFF'S EXHIBIT 20

**From:** Alicia Campbell
**Sent:** Friday, September 23, 2022 10:24 AM
**To:** Leslea Scott
**Subject:** RE: HR Manager - Potential Candidate

Hi Leslea,

When is she available to interview?

Thanks!

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Primoris T&D
115 W 7th Street, Suite 1410
Fort Worth, TX 76102
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

***"Primoris, building America's future, today."***

---

**From:** Leslea Scott
**Sent:** Thursday, September 22, 2022 6:54 PM
**To:** Alicia Campbell
**Subject:** HR Manager - Potential Candidate
**Importance:** High

Good afternoon Alicia,

Please find the attached profile of an interested candidate for the HR Manager opportunity for PLH. Provide a quick review and let me know if you would like to pursue them further.

**Charlotte Chapman-Byrd**

- Over 7 years of experience as a HR professional and manager in the public sector, automotive electrical systems, manufacturing, and industrial supplies space.
- Charlotte demonstrates excellent communication, both written, verbal and great interpersonal skills.

- Charlotte shares that she strives to be a true liaison between the business and staff bringing them together fit a more efficient, productive, and effective unit.
- Excellent analytical acumen and meticulous attention to details which technical skills with UKG, Workday, and iCIMS.
- Manages a team of 7 HR professionals in her current role, that she was promoted to a few years ago.
- Extensive experience in employee relations, compliance, EEOC investigations, hearings, LOA management, FMLA, onboarding,
  claims management, progressive discipline, terminations, payroll, and coaching.
- Charlotte has extensive experience managing complex situations in both Union/Non-Union environments, while building strong and lasting rapport with her business partners.
- Holds a Bachelors in Finance, from UT at Arlington, and is pursing her Masters in Employment Law.
- Able to interview with a 1-2 day notice, and if offered able to start after a customary notice period.
- Salary minimum is $95K.

All the best,

**Leslea Scott, JM, MBA, MS, PHR, SHRM-CP**
Director of Recruiting, Utilities Segment

Primoris Services Corporation
(281) 701-1982
www.prim.com

*"No business objective is so important that it will be pursued at the sacrifice of safety."*

5:20 LTE

Cancel **Complete with DocuSign: Charl...**

Leslea Scott sent you a document to review and sign.

**REVIEW DOCUMENT**



**Leslea Scott**
cmichaels@prim.com

Good afternoon Charlotte,

It is with great pleasure to extend to you an offer of employment for the HR Manager opportunity here at PLH a Primoris Services Corporation. Please thoroughly review and if you have any questions or concerns, feel free to direct them to me or Alicia Campbell, HR Director and they will be addressed.

Speaking for the “Team” we are all very excited about your future contribution to our Primoris family, and confident you will do exceptionally well!

All the best,

Leslea Scott, JM, MBA, MS, PHR, SHRM-CP
Director of Recruiting, Utilities Segment

Primoris Services Corporation
(281) 701-1982
www.prim.com

DocuSign Envelope ID: 0750F8B9-B70E-42D8-82EE-FA9DB4504EAE

PowerLine SERVICES A PLH GROUP COMPANY

9/29/2022

Charlotte Chapman-Byrd
PO Box 182352
Arlington, TX 76096

Dear Charlotte,

We are pleased to extend you this offer of employment with Power Line Services, Inc. a Primoris Services Company. It is our belief that you will make a significant contribution to our success, and it is our hope to provide you a rewarding work experience. The terms of your employment are outlined below and are contingent upon the successful completion of the pre-employment process:

**Employer:** Power Line Services, Inc., a Primoris Services Company

**Position:** HR Manager

**Division and Location:** Power Line Services, Inc., Fort Worth, TX

**Reporting to:** Alicia Campbell, HR Director

**Start Date:** 10/17/2022

**Annual Base Wage:** Your base pay will be **$95,000.00** USD paid in accordance with the Company's normal payroll practices. This is an "Exempt" position, and you will not be eligible for overtime pay.

**Benefits:** If this offer is accepted and you begin employment with Power Line Services, Inc., you will beeligible to participate in benefit plans and programs.

**Vacation/Holiday:** You will accrue 2 weeks of vacation annually, per your Company's normal practices. Paid holidays and sick days in accordance with applicable Company policies and procedures in effect from time to time.

**Company Policies:** During the period of your employment with the Company, you will be required to comply with the Company's employee handbook, code of conduct, and any other Company rules, policies and procedures.

**Tax Withholding:** All amounts payable hereunder are subject to applicable taxes, withholdings and payroll deductions.

**Drug Screening & Background Checks:** This offer of employment again is contingent upon your successful completion of a pre-employment drug screening, background and reference check, including verification of all information reported to us on any application form or otherwise, including any professional license verification. In addition, for purposes of federal immigration law, you will be required to provide us with documentary evidence of your identity and eligibility for employment in the United States.

**Confidentiality:** Except as required in the faithful performance of your duties hereunder, you will, during theterm and thereafter, maintain in confidence and not directly or indirectly use, disseminate, disclose or publish, for your benefit or for the benefit of any other person or entity, any confidential or proprietary information or trade secrets of or relating to the Company, including, without limitation, information with

Primoris 000019
P's Apx. 367

respect to the Company's operations, processes, protocols, products, inventions, business practices, finances, principals, vendors, suppliers, customers, potential customers, marketing methods, costs, prices, contractual relationships, regulatory status, compensation paid to employees or other terms of employment ("Proprietary Information"), or deliver to any person, any document, record, notebook, computer program or similar repository of or containing any such Proprietary Information. The parties hereby stipulate and agree that as between them, the Proprietary Information identified herein is important, material and affects the successful conduct of the businesses of the Company.

**Severability:** If any provision of this letter is held to be illegal, invalid or unenforceable under present or future laws effective, such provision shall be fully severable; this letter shall be construed and enforced as if such illegal, invalid or unenforceable provision had never comprised a portion of this letter; and the remaining provision s of this letter shall remain in full force and effect and shall not be affected by the illegal, invalid or unenforceable provision or by its severance from this letter. Furthermore, in lieu of such illegal, invalid or unenforceable provision there shall be added automatically as part of this letter a provision as similar in terms to such illegal, invalid or unenforceable provision as may be possible and be legal, valid and enforceable. In such event, the parties hereto agree to execute all documents necessary to evidence any such amendment as may be requested by the enforcing party in order to carry out the intent of this letter insofar as possible. The covenants contained in this letter shall be construed to extend to separate jurisdictions of the United States in which the Company is engaged in business and to the extent that any such covenant shall be illegal and/or unenforceable, such covenants shall not be affected thereby with respect to each other jurisdiction.

At the Company's discretion, but typically in association with the annual review and/or promotion cycle, the compensation terms outlined herein may be revised. Nothing in this letter requires the Company to provide or entitles you to receive any specific compensation or benefits, and nothing herein restricts the right of the Company to amend, terminate or otherwise modify the terms of any compensation or benefit plans.

Your employment with the Company always remains "at will" and for no specified period. As a result,you are free to resign at any time, for any reason or no reason. We have a similar right and may terminate our employment relationship with you at any time, with or without cause.

By signing this letter, you represent that you are legally entitled to do so and have no legal constraints which could otherwise prevent you from performing services for the Company. Should you have any questions, please feel free to contact Leslea Scott at Leslea.Scott@prim.com .

Should you have any questions, please feel free to call me. Congratulations Charlotte! We are looking forward to your joining the Power Line Services, Inc., a Primoris Services Company family!

All the best,

DocuSigned by:

Leslea Scott, JM, MBA, MS, PHR, SHRM-CP
Director of Recruiting, Utilities Segment
Primoris Service Company

Please sign and return one (1) copy of this letter, within 3 calendar days from the date of this letter, as confirmation of your formal acceptance of our employment offer and start date.

ACCEPTED: DocuSigned by: Charlotte Chapman-Byrd DATE: 9/29/2022
Charlotte Chapman-Byrd

# PLAINTIFF'S
# EXHIBIT 21

*Hi Charlotte,*

*Yes whoever did not engage in the conversation, I am good with not terminating.*

*We need to proceed with terminating anyone who used racial, Sexual or Violent terminology in the messages.*

*Thank you!*

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

***"Primoris, building America's future, today."***

**From:** Charlotte Chapman-Byrd <cchapman-byrd@prim.com>
**Sent:** Tuesday, November 15, 2022 1:37 PM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>
**Cc:** Charlotte Chapman-Byrd <cchapman-byrd@prim.com>
**Subject:** RE: Clear River Florida - Terminations
**Importance:** High

Hello Alicia,

See below the list of employees identified by the provided text messages forwarded yesterday.

- Timothy Smith
- Joshua E. Bridges
- Dalton Garza

Patrick Conrad was mentioned in the messages but there were not any messages that he engaged in present in the images submitted. How are you wishing to proceed? Brice is aware of the initial two but not Dalton.

Would you like for me to set a meeting with Conrad to get these officially taken care of today?

Charlotte

*Charlotte Chapman-Byrd*

*Manager, Human Resources*

2100 Great Southwest

Fort Worth, TX  75149

Cell: 817-501-4954

Office:  682-777-6994

cchapman-byrd@prim.com

is aware of the initial two but not Dalton.

6:25 LTE

PC W B D JB G

13 People



W Location from 11/3/22



W Boyyy that pussy was just so good😩😩

+1 Redacted

Kml You can't stand yo self, zeek get a taste?

Will Pls

W Cuh just wanted the head & I got the tail like we did Rochelle😌

+1 Redacted

Say tell zeek did Ms Virginia take her time?

Will Pls

Cuh said she ate that dick with patience

W I taught my luh blue eyed step son some new wrestling techniques that Big Show can't teach😭😭

Text Message

Cash

6:24 LTE

13 People

Damn. Nobody got something to say after I do. Alright then. Threw a damn curveball at everybody. I'm cool with everyone but once kids come involved nobody got something to say. Alright then

D

Pat what's the girl you hangin with name I'm signing her up for karaoke

Thu, Nov 3, 12:34 PM

Will Pls




Location from 11/3/22

W



Boyyy that pussy was just so good😩😩

W

+1 [redacted]

Kml You can't stand yo self, zeek get a taste?

Will Pls

Text Message

6:24

LTE

13 People

lady "

Daulton Pls

If I pulled aaaallllll of this out. Nobody be going home happy. I'm talking about the snail and the shell. So chill out. Some of us tryna sleep my Dawgs.

Josh Bridges

Musty ass smelling like a damn crab trap...🤔🤔... weird some others around here might be smelling like that sooner that later also

Daulton Pls

Josh. If I took this dick to Mississippi them beautiful black bitches wouldn't know what to do with an 8" dick with 3" attached to it. But I bet they'd know alllll the pleasure coming from the white boy from S FL 😂😂😂

Damn. Nobody got something to say after I do. Alright then. Threw a damn curveball at everybody. I'm cool with everyone but once kids come involved nobody got something to say. Alright then

Pat what's the girl you hangin with name I'm signing her up for karaoke

Text Message

6:24

LTE

2

13 People

I scammed yo fat ass duh😂😂😂😂 aint go up but one time fat sloppy Fuk.. hause cartwright from bonanza

Josh Bridges

JB

English please ? And "Hoss" was a upstanding man there's another grammar lesson for you I'm gonna have to start charging soon boy

+1 Redacted

Fuk talking like Benjamin Franklin... Peckerwood uma whole nigga... I got professional enough to get you Dumb fukers fuked off... I got you bitches exactly where I want you, Um having so much power... Check mate fukers I upped the score 🤷🏾‍♂️🤣
My ancestors proud um still spending y'all money should of fired me day 1 you  peons.. if Pat if we was in the pen I'd make you get on your knees & fix it... Hulk hogan ass bitch

Fuk talking like Benjamin Franklin... Peckerwood uma whole nigga... I got professional enough to get you Dumb fukers fuked off... I got you bitches exactly where I want you, Um having so much power... Check mate fukers I upped the score 🤷🏾‍♂️🤣
My ancestors proud um still spending y'all money should of fired me day 1

Text Message

Cash

6:24 LTE

13 People

fucker smells purple..
to be that ugly and stupid.. Jesus made you to like windows you retarded mother fucker.
I've shot smarter loads on the floor

Your momma still a whore

+1 Redacted

If I was dumb how come you bitches couldn't fire me like the rest?? Fuk you Peckerwoods... You bitches ran to your work trucks when y'all seen that Tahoe... I was burning Exotic all in y'all morning meeting, I sat my yak on the back of Luke's rig... Um having so much power... Um God to you green ass aerial linemen, my dick bigger than all y'alls... Terrence ain't picking no fukn cotton um Nat Turner Fuk boys

Um that word you coward ass bitches us at ya camper... Ain't none of you Rudy pooh's gone move shyt... I'll Fuk over one of y'all nice ass wrestlers suck my black ass dick

Josh Bridges

Bitch how you gonna talk shit after you come asking for a demotion and I stuck my neck out to keep your pay where it was

Text Message

Cash

6:24

LTE

PC W B JB G D

13 People

Mississippi that ain't got nothing goin for him or his family just kill urself

Least Eminem made it. U lost ur job and still ain't left

Will Pls

Kml dude Rach told me not to leave..she gone pay for my yella cock out yo check😌

Josh Bridges

Only thing yella is ya belly because that is what a coward wears

llow-bellied is **to be cowardly or**
f you're yellow-bellied, you're not
ind of word cowboys use, partne
ginally applied to birds that litera
belly, like the yellow-bellied saps

Just incase I had to dumb it down for you like everything else

Josh u know they can't read

Terrance spells In braille

Terrance's momma swolled all them kids an paint, that stupid mother

Text Message

Cash

6:24 LTE

13 People

JB: Or vanilla gorillas whatever the fuck you are

Yeh will u too white to talk shit about a big dick least let ur brothas talk shit for ya

Will Pls

W: 😭😭😭😭 vanilla gorilla..that was a good one my boy. Yo daughters gonna be sucking good strong gorilla dick one day my boy. You ain't gone be able to stand yo self😂😂

W: Ain't talking shit. This shit for real. Keep letting Rach lie to ya. She been getting jammed up fasho.

Haha I hear ya lil dick

Will ur literally an albino ur a disgrace to ur race

Will Pls

Rach know this a good yella curved banana 🍌 over here bud

W: But you a trailer trash 8 mile crackhead

Yeh but u a worthless snitch from Mississippi that ain't got nothing goin for him or his family just kill urself

Text Message

Cash

6:24 LTE

13 People

JB: and coco butter smelling nappy headed niggers

Will Pls

W: I got love for the rest of y'all boys 🤘

Josh Bridges

JB: Your time is coming I promise

Will Pls

W: But yo wife, yo wifeee...she beggedddddd my coco butter smelling big ngga dick ass to stayyy😌😌😌

W: & the thing about it she loved looking in my green Caucasian eyes & my moms Caucasian stuffing casserole recipe as well bud. She told me we favor it's just I'm in better shape & my dick is much much bigger 🥳🥳

W: Since y'all not at the campground I guess I'll ease by & drop some dick in ol' Rach😌

Josh Bridges

Good luck the dog don't like niggers either

JB: Or vanilla gorillas whatever the fuck you are

Yeh will u too white to talk shit about

Text Message

Cash

Confidential

6:24 LTE

13 People

W: boy🤝

Yeh coming from the snitch sure am worried about u

Will Pls

W: It's cool when bosses do it,it's a problem when a lineman do it. Fuck ya😭😭

W: I had her with tears in her eyes choking on this long thick mf summer sausage..& I had my paws in her back pinning her down jamming her ass long stroking tf out that pussy. She was grabbing my dick on Pat boat when you wasn't paying attention😂😂 telling me how she wants to feel my juicy long summer sausage..had to give it to her after that bud😌🥳

Y'all at the loft or what bud?

W: But Timmy & Josh can burn in a hot phase for all I give a fuck. Josh yo big sloppy ass just mad bc I been jamming the fuckkkkk outta yo ex-wife.

Josh Bridges

JB: Bitch she don't like chicken grease and coco butter smelling nappy headed niggers

Text Message

6:24 LTE

13 People

all they do is run they fucking mouth

Will Pls

Pink mist everywhere 😭😭😭

Look like y'all the keyboard guys..😂😂 y'all know where we at. Push up fuck boyz..it's gone be a blood bath 😭😭😭

Josh Bridges

Yea typical pussy gotta bring a gun into it

+1 Redacted

audio0.mp4

Will Pls

Y'all done got full of whiskey & caine & done got peckerwood tough😭😭😭 I can't even take you clowns serious😭😭 & call it what you want but it's gonna get realllyyyyy messy bud

Aye Tim..make sure you go to work tomorrow so we can ease over to Quail Roost & flip ol Rachel like we been doing😌

Text Message

6:24 LTE

13 People

Will Pls

W: Why yo pot belly ass always so indirect..quit being a bitch & be direct pot belly bitch. Yo ex-wife spent that 50 thousand on me..now what Peter Griffin?

Josh Bridges

JB: Is this direct enough I'm talking to you bitch

Will Pls

W: 😂😂 come holla at me big slob

Josh Bridges

JB: Tell me when and where bud

Will Pls

W: You not finna pull up 5 deep with ya hillbillies friends & snatch me up & go hang me & let the gators have they way with me😂😂 fuckkkk nooooo.

Josh Bridges

JB: Make your excuses bud I will come right by myself and you can all get in a circle

O I'm coming to u dumbfucks

Y'all gonna talk shit about my ole lady And we ain't even done nothing to

Text Message

Cash

# PLAINTIFF'S
# EXHIBIT 22

**From:** Garrett Young [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=587490CF11524919BF7FDAEC6FF26F9D-GARRETT YOU]
**Sent:** 1/27/2023 11:19:32 AM
**To:** Sunita Khorana [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bd59fa1644f34e0386b95dfa81e42902-Sunita Khor]
**CC:** Nicholas Hebert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=89128e5d4eb346c1a4a799ead5f48430-Nicholas He]; Daniel Leigh [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f189bbdce94140a4a0bbc3785465aeeb-Daniel Leig]
**Subject:** PLS Migration Planning
**Attachments:** PLH Full Employee List.xlsx

Hi Sunita,

Danny and I have gone through every employee and assigned all except 9 to a wave. We tried to align the waves within the geographical regions, to help alleviate some of the IT constraints.

In the Support Wave: We need some guidance on these folks. They are Fleet/Safety, and we need some help from the PTD side to figure out where/when they should migrate.

In the Final Wave: This wave consists of Danny, Adri and the Accounting team. They need to move last to maintain visibility to the PLS side of the business until the end.

There are 3 more categories that we are wait for some detail on. You can see them broken out in the Pivot tab of the file with a description of the issue they present.

Two of those names are on the payroll for holding our licenses.

Let me know if you have any questions.

Thank you,

**Garrett Young**
Project Manager | South Central Division

**Primoris Power Line Services**
2100 Great Southwest Pkwy
Fort Worth, TX 76106

(737) 216-2050
www.primoriscorp.com

Primoris

*"Primoris, building America's future, today."*

DOCUMENT PRODUCED IN NATIVE FORMAT

Primoris 002238 CONF

| Count of Employee Name | Column Labels | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row Labels | Wave 1 | Wave 2 | Wave 3 | Wave 4D | Wave 5 | Wave 6 | Wave Support | Wave Final | HR Researching | ? | TRANSFER | TERM | Grand Total |
| Accounting | | | | | | | | 10 | | | | | 10 |
| Admin/Management | | | | 1 | 2 | 1 | | 3 | | 2 | | | 9 |
| Direct-Distribution Cent | 10 | 17 | | | | | | | 1 | | 1 | | 29 |
| Direct-Distribution East | | | | | | 92 | | | | | | 5 | 97 |
| Direct-Distribution West | 1 | 9 | | 57 | | | | | | | | 9 | 76 |
| Direct-Foundations | | | | | | 16 | | | | | | 2 | 18 |
| Direct-Substation | | | | 23 | | | | | | | | 1 | 24 |
| Direct-Transmission | | | 20 | | 31 | 2 | | | | | | 1 | 54 |
| Estimating-Substation | | | | 1 | | | | | | | | | 1 |
| Estimating-Transmission | | | | | 1 | | | | | | | | 1 |
| Field Mgmt-Distrib Centr | | 4 | | | | | | | | | | | 4 |
| Field Mgmt-Distrib East | | | | | | 6 | | | | | | | 6 |
| Field Mgmt-Distrib West | 1 | | | 1 | | | | | | | | | 2 |
| Field Mgmt-Distribution | | | | | | 1 | | | | | | | 1 |
| Field Mgmt-Foundations | | | | | | 2 | | | | | | | 2 |
| Field Mgmt-Substation | | | | 1 | | | | | | | | | 1 |
| Field Mgmt-Transmission | | | 1 | | 5 | 1 | | | | | | | 7 |
| Fleet/Equip | | | | | | | 11 | | | | | | 11 |
| Fleet/Equip-Distr East | | | | | | 2 | | | | | | | 2 |
| Fleet/Equip-Distr West | | | | 1 | | | | | | | | | 1 |
| Fleet/Equip-Foundations | | | | 3 | | | | | | | | | 3 |
| Fleet/Equip-Transmission | | | | | 1 | | | | | | | | 1 |
| Human Resources | | | | | 3 | | | | | | | | 3 |
| Project Mgmt-Distrib Cent | | 1 | | | | | | | | | | | 1 |
| Project Mgmt-Distrib East | | | | | | 6 | | | | | | | 6 |
| Project Mgmt-Distrib West | | | | 2 | | | | | | | | | 2 |
| Project Mgmt-Distribution | | | 1 | | | 1 | | | | | | | 2 |
| Project Mgmt-Transmission | | | | | 2 | | | | | | | | 2 |
| Purchasing | | | | | 1 | | | | | | | | 1 |
| Safety | | 1 | | 5 | | | 8 | | | | | 3 | 17 |
| Safety-Foundations | | | | | | | | | | | | 1 | 1 |
| Shop-Foundations | | | | | | | 2 | | | | | | 2 |
| (blank) | | | 1 | | | | | | 5 | | | 29 | 35 |
| Grand Total | 12 | 32 | 23 | 95 | 46 | 130 | 21 | 13 | 6 | 2 | 1 | 51 | 432 |

Pivot | PLS Report | Sunita's PLS_Auger

AutoSave OFF — Primoris 002238 CONF

Home | Insert | Draw | Page Layout | Formulas | Data | Review | View

Update Available We've made some fixes and improvements. To complete the process, the app needs to restart. Restart Now

B96 — $fx$ Chapman, Charlotte T.

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 84 | Power Line Services, Inc. | [redacted] | Wave 6 | 214261 | 40113 | Direct-Distribution East | Direct Labor | [redacted] | Lineman | Lineman |
| 85 | Power Line Services, Inc. | [redacted] | Wave 3 | 214924 | 40120 | Direct-Transmission | Direct Labor | [redacted] | Lineman | Lineman |
| 86 | Power Line Services, Inc. | [redacted] | Wave 3 | 002394 | 52120 | Field Mgmt-Transmission | Indirect Labor | [redacted] | Hourly Superintendent | Superintendent |
| 87 | Power Line Services, Inc. | [redacted] | Wave 5 | 003507 | 110 | Admin/Management | SG&A | [redacted] | Safety Director | Sr. Director of Safety, Non-Union |
| 88 | Power Line Services, Inc. | [redacted] | Wave 4D | 212591 | 40130 | Direct-Substation | Direct Labor | [redacted] | Groundman | Groundman |
| 89 | Power Line Services, Inc. | [redacted] | Wave 4D | 007810 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Lineman Apprentice 4 | OVHD AP-4 |
| 90 | Power Line Services, Inc. | [redacted] | Wave 4D | 008975 | 40130 | Direct-Substation | Direct Labor | [redacted] | Welder | Welder |
| 91 | Power Line Services, Inc. | [redacted] | Wave 6 | 003979 | 52120 | Field Mgmt-Transmission | Indirect Labor | [redacted] | Operations Manager | Operations Manager Transmissio |
| 92 | Power Line Services, Inc. | [redacted] | Wave 4D | 009580 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Foreman | Foreman |
| 93 | Power Line Services, Inc. | [redacted] | Wave 5 | 014853 | 40120 | Direct-Transmission | Direct Labor | [redacted] | Equipment Operator | Operator |
| 94 | Power Line Services, Inc. | [redacted] | Wave 4D | 215264 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Equipment Operator | Operator |
| 95 | Power Line Services, Inc. | [redacted] | Wave 5 | 211516 | 540 | Purchasing | Indirect Labor | [redacted] | Subcontracts Admin I | Associate Subcontracts Administr |
| 96 | Power Line Services, Inc. | Chapman, Charlotte T. | Wave 5 | 215048 | 140 | Human Resources | SG&A | Campbell, Alicia | HR Manager | HR Manager |
| 97 | Power Line Services, Inc. | [redacted] | Wave 3 | 214739 | 40120 | Direct-Transmission | Direct Labor | [redacted] | Lineman Apprentice 7 | TRANS AP-7 |
| 98 | Power Line Services, Inc. | [redacted] | TERM | 213537 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Foreman | URD Foreman |
| 99 | Power Line Services, Inc. | [redacted] | TERM | 213538 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Lineman Apprentice 2 | URD AP-2 |
| 100 | Power Line Services, Inc. | [redacted] | Wave 5 | 014304 | 52120 | Field Mgmt-Transmission | Indirect Labor | [redacted] | Operations Director | Operations Director, Transmissio |
| 101 | Power Line Services, Inc. | [redacted] | Wave Support | 017507 | 550 | Safety | Indirect Labor | [redacted] | Field Safety Specialist | Safety Coordinator |
| 102 | Power Line Services, Inc. | [redacted] | Wave 4D | 014331 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Journeyman Serviceman | Serviceman |
| 103 | Power Line Services, Inc. | [redacted] | Wave 6 | 213865 | 40113 | Direct-Distribution East | Direct Labor | [redacted] | Lineman Apprentice 6 | OVHD AP-6 |
| 104 | Power Line Services, Inc. | [redacted] | Wave 6 | 015631 | 40113 | Direct-Distribution East | Direct Labor | [redacted] | Lineman Apprentice 6 | OVHD AP-6 |
| 105 | Power Line Services, Inc. | [redacted] | TERM | 214326 | 40120 | Direct-Transmission | Direct Labor | [redacted] | General Foreman | General Foreman |
| 106 | Power Line Services, Inc. | [redacted] | Wave 4D | 014852 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Lineman Apprentice 7 | OVHD AP-7 |
| 107 | Power Line Services, Inc. | [redacted] | Wave 6 | 212587 | 52110 | Field Mgmt-Distribution | Indirect Labor | [redacted] | Project Controls Analyst | Project Controls Analyst |
| 108 | Power Line Services, Inc. | [redacted] | Wave 6 | 213197 | 40113 | Direct-Distribution East | Direct Labor | [redacted] | Material Coordinator | Material Handler |
| 109 | Power Line Services, Inc. | [redacted] | Wave 5 | 215158 | 40120 | Direct-Transmission | Direct Labor | [redacted] | Lineman Apprentice 2 | TRANS AP-2 |
| 110 | Power Line Services, Inc. | [redacted] | Wave 2 | 213033 | 52116 | Field Mgmt-Distrib Centr | Indirect Labor | [redacted] | Hourly Superintendent | Superintendent |
| 111 | Power Line Services, Inc. | Craddock Sr., Alvin A. | Wave 1 | 014093 | 52111 | Field Mgmt-Distrib West | Indirect Labor | Campbell, Adam | Operations Manager | Operations Manager West |
| 112 | Power Line Services, Inc. | [redacted] | Wave 2 | 210200 | 40116 | Direct-Distribution Cent | Direct Labor | [redacted] | Material Coordinator | Material Handler |
| 113 | Power Line Services, Inc. | [redacted] | Wave 2 | 014645 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Lineman Apprentice 6 | URD AP-6 |
| 114 | Power Line Services, Inc. | [redacted] | Wave 2 | 213462 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Lineman Apprentice 2 | URD AP-2 |
| 115 | Power Line Services, Inc. | [redacted] | Wave 6 | 215088 | 40113 | Direct-Distribution East | Direct Labor | [redacted] | Foreman | Foreman |
| 116 | Power Line Services, Inc. | [redacted] | Wave 6 | 213953 | 40113 | Direct-Distribution East | Direct Labor | [redacted] | Lineman Apprentice 5 | OVHD AP-5 |
| 117 | Power Line Services, Inc. | [redacted] | Wave 3 | 214731 | 40120 | Direct-Transmission | Direct Labor | [redacted] | Equipment Operator | Operator |
| 118 | Power Line Services, Inc. | [redacted] | Wave 4D | 014646 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Lineman | Lineman |
| 119 | Power Line Services, Inc. | [redacted] | Wave 5 | 214448 | 40120 | Direct-Transmission | Direct Labor | [redacted] | Lineman | Lineman |
| 120 | Power Line Services, Inc. | [redacted] | Wave 4D | 011894 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Lineman | Lineman |
| 121 | Power Line Services, Inc. | [redacted] | Wave 6 | 211648 | 40113 | Direct-Distribution East | Direct Labor | [redacted] | General Foreman | OVHD General Foreman |
| 122 | Power Line Services, Inc. | [redacted] | Wave 4D | 001193 | 40111 | Direct-Distribution West | Direct Labor | [redacted] | Foreman | Foreman |
| 123 | Power Line Services, Inc. | [redacted] | Wave 6 | 210516 | 40113 | Direct-Distribution East | Direct Labor | [redacted] | Journeyman Lineman | Journeyman Lineman |
| 124 | Power Line Services, Inc. | [redacted] | Wave 4D | 009603 | 550 | Safety | Indirect Labor | [redacted] | Field Safety Specialist | Safety Coordinator |
| 125 | Power Line Services, Inc. | [redacted] | Wave 6 | 213859 | 40113 | Direct-Distribution East | Direct Labor | [redacted] | Foreman | Foreman |

Pivot | PLS Report | Sunita's PLS_Auger

Ready — Accessibility: Investigate — 125%

# PLAINTIFF'S EXHIBIT 23

**From:** Alicia Campbell [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=05745A86168F439FBEE33FEE4D14EF73-ALICIA CAMP]
**Sent:** 2/3/2023 11:10:56 AM
**To:** Daniel Leigh [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f189bbdce94140a4a0bbc3785465aeeb-Daniel Leig]; Sunita Khorana [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bd59fa1644f34e0386b95dfa81e42902-Sunita Khor]
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

*Sounds good! I agree with that.*

*Thanks!*


**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com


Primoris

***"Primoris, building America's future, today."***

---

**From:** Daniel Leigh <dleigh@prim.com>
**Sent:** Friday, February 3, 2023 11:09 AM
**To:** Sunita Khorana <skhorana@prim.com>; Alicia Campbell <Alicia.Campbell@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

Hey Alicia,

The intent was that Charlotte and I would be one of the last to move since we have the greatest access on the PLH side. Just in case we need something.

Thanks
Danny


**Daniel Leigh**
Sr Vice President Power Delivery South Region - Distribution
**Primoris T&D**

2100 Great Southwest Parkway
Fort Worth, TX 76106

M: Redacted
dleigh@prim.com
www.prim.com

**Primoris**

*"Primoris, building America's future, today."*

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Friday, February 3, 2023 10:40 AM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>
**Cc:** Daniel Leigh <dleigh@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

Yes

Sunita | Redacted

**From:** Alicia Campbell <Alicia.Campbell@prim.com>
**Sent:** Friday, February 3, 2023 11:39 AM
**To:** Sunita Khorana <skhorana@prim.com>
**Cc:** Daniel Leigh <dleigh@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

*Oh ok, I would need her to have PLS visibility still.*

*So would you recommend her moving in the last wave?*


**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com


**Primoris**

*"Primoris, building America's future, today."*

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Friday, February 3, 2023 10:36 AM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>
**Cc:** Daniel Leigh <dleigh@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

Hey Alicia-

I can certainly add her if you would like. She would not have any PLS visibility so cc'ing Danny.

1. Can you provide her last name? 2. And can you answer #3- is the closest office locations ?

Sunita | Redacted

**From:** Alicia Campbell <Alicia.Campbell@prim.com>
**Sent:** Friday, February 3, 2023 11:23 AM
**To:** Sunita Khorana <skhorana@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

*I noticed Charlotte was not on that list and she is my HR manager.*

*Thanks,*


**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com


Primoris

***"Primoris, building America's future, today."***

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Friday, February 3, 2023 10:12 AM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

02/27/2023 start date

Sunita | Redacted

**From:** Alicia Campbell <Alicia.Campbell@prim.com>
**Sent:** Friday, February 3, 2023 11:08 AM
**To:** Sunita Khorana <skhorana@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

*He Sunita, when are we anticipating wave 4? Just roughly?*


**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,

Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

Primoris

*"Primoris, building America's future, today."*

---

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Friday, February 3, 2023 7:23 AM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>
**Cc:** Srinivas Goluguri <sgoluguri@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

Ok, so do you know the home department and the location which is the most important for their laptop migration?

Sunita | Redacted

---

**From:** Alicia Campbell <Alicia.Campbell@prim.com>
**Sent:** Friday, February 3, 2023 8:21 AM
**To:** Sunita Khorana <skhorana@prim.com>
**Cc:** Srinivas Goluguri <sgoluguri@prim.com>
**Subject:** Re: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

Hi sunita,

They will report to kelly wood and kelly is not in PTD, she is in company 100.

Thanks ,

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Primoris T&D
115 W 7th Street, Suite 1410
Fort Worth, TX 76102
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

*"Primoris, building America's future, today."*

On Feb 3, 2023, at 7:08 AM, Sunita Khorana <skhorana@prim.com> wrote:

Alicia and Sri-

These are the HR folks slated to come over to PTD as part of Wave 4. Can you please:

1. Let me know their Home Department
2. Who their PTD Supervisor will be and
3. Confirm that their closest location for laptop migration is: 2100 Great SW Pkwy, Fort Worth, TX 76106

I need the response for #3 today so I can provide to IT for planning.

| COMPANY | WAVE | EMPLOYEE NAME | PSC Email | TITLE | PTD PR Group | PTD HOME DEPT | PTD SUPERVISOR | FULL TIME/ PART TIME | HRLY/SAL |
|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Current | Future | Future | Future | Current | Current |
| Power Line Services | Wave 4 D | Dickson, Ashley J. | adickson@prim.com | HR Generalist | 20 | | | Full Time | Salaried |
| Power Line Services | Wave 4 D | Goluguri, Alexis B. | agoluguri@prim.com | HR Coordinator | 50 | | | Full Time | Hourly |

| PLS/AUGER HIRE DATE | CLOSEST OFFICE LOCATION WITH NETWORK CONNECTION FOR LAPTOP MIGRATION |
|---|---|
| Current | Future |
| 10/4/2021 | 2100 Great SW Pkwy, Fort Worth, TX 76106 |
| 7/12/2021 | 2100 Great SW Pkwy, Fort Worth, TX 76106 |

Thank you,
Sunita
Sunita Khorana
Integration Projects Group
c: Redacted

*“Primoris, building America’s future, today.”*

|  |  |
|---|---|
| **From**: | Sunita Khorana [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BD59FA1644F34E0386B95DFA81E42902-SUNITA KHOR] |
| **Sent**: | 2/15/2023 12:51:58 PM |
| **To**: | Blake Bromley [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=41ca4a7df31f424dbac81b7e37758f43-migtx_blake] |
| **Subject**: | RE: PLS_Auger Employees to PTD 02 27 2023 \| Wave 4 |

Yep, thanks...

Sunita | Redacted

---

**From:** Blake Bromley <BBromley@prim.com>
**Sent:** Wednesday, February 15, 2023 1:00 PM
**To:** Sunita Khorana <skhorana@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4

Sorry, I had to get with HR. I think they would go to company 100 since HR costs are expensed to the BUs via an allocation already.

---

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Wednesday, February 15, 2023 11:59 AM
**To:** Blake Bromley <BBromley@prim.com>
**Subject:** FW: PLS_Auger Employees to PTD 02 27 2023 | Wave 4

Hey Blake- is there someone else I need to ask?

Sunita | Redacted

---

**From:** Sunita Khorana
**Sent:** Tuesday, February 14, 2023 4:59 PM
**To:** Blake Bromley <BBromley@prim.com>
**Subject:** FW: PLS_Auger Employees to PTD 02 27 2023 | Wave 4

Can you please let me know where you think which company these two ladies should be moved to? I'm at a loss; I started this on 2/3. They will both report to Kelly Wood.

| COMPANY | WAVE | EMPLOYEE NAME | PSC Email | TITLE | PTD PR Group |
|---|---|---|---|---|---|
|  | Current |  |  | Current | Future |
| Power Line Services | Wave 4 D | Dickson, Ashley J. | adickson@prim.com | HR Generalist | 20 |
| Power Line Services | Wave 4 D | Goluguri, Alexis B. | agoluguri@prim.com | HR Coordinator | 20 |

Sunita | Redacted

---

**From:** Alicia Campbell <Alicia.Campbell@prim.com>
**Sent:** Tuesday, February 14, 2023 4:56 PM
**To:** Sunita Khorana <skhorana@prim.com>; Srinivas Goluguri <sgoluguri@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

*May need to confirm with Blake, just want to make sure we put everyone in the correct company.*

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

***"Primoris, building America's future, today."***

---

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Tuesday, February 14, 2023 3:44 PM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>; Srinivas Goluguri <sgoluguri@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

Ok, then where do they go? 150?

Sunita | Redacted

---

**From:** Alicia Campbell <Alicia.Campbell@prim.com>
**Sent:** Tuesday, February 14, 2023 4:26 PM
**To:** Sunita Khorana <skhorana@prim.com>; Srinivas Goluguri <sgoluguri@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

*Oh sorry I was just meaning Kelly is in 100.*

*Not that they go into 100.*

*Thanks,*

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

*"Primoris, building America's future, today."*

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Tuesday, February 14, 2023 3:21 PM
**To:** Srinivas Goluguri <sgoluguri@prim.com>; Alicia Campbell <Alicia.Campbell@prim.com>
**Subject:** FW: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least
**Importance:** High

Alicia,

I got the company number from you..See below:   Please let me know if the company number needs to be different.

Hi sunita,

They will report to kelly wood and kelly is not in PTD, she is in company 100.

Thanks ,

Sunita | Redacted

**From:** Alicia Campbell <Alicia.Campbell@prim.com>
**Sent:** Friday, February 3, 2023 11:40 AM
**To:** Sunita Khorana <skhorana@prim.com>
**Cc:** Srinivas Goluguri <sgoluguri@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

*Sorry just replied to this !*

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

*"Primoris, building America's future, today."*

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Friday, February 3, 2023 10:40 AM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>
**Cc:** Srinivas Goluguri <sgoluguri@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

Alicia,

What is the closest location for their laptop migration. Is it : 2100 Great SW Pkwy, Fort Worth, TX 76106

This is my most important question.

Sunita | Redacted

**From:** Alicia Campbell <Alicia.Campbell@prim.com>
**Sent:** Friday, February 3, 2023 11:33 AM
**To:** Sunita Khorana <skhorana@prim.com>
**Cc:** Srinivas Goluguri <sgoluguri@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

*Hi Sunita,*

*Put them under department 1002 & Kelly Wood as the supervisor.*

*Now with Charlotte, is there a way to move her to company 187 ( PDS). The reason I am asking is she will be supporting that group from an HR stand point.*

*Thank you,*

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

PSC Primoris

***"Primoris, building America's future, today."***

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Friday, February 3, 2023 7:23 AM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>
**Cc:** Srinivas Goluguri <sgoluguri@prim.com>
**Subject:** RE: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

Ok, so do you know the home department and the location which is the most important for their laptop migration?

Sunita | Redacted

---

**From:** Alicia Campbell <Alicia.Campbell@prim.com>
**Sent:** Friday, February 3, 2023 8:21 AM
**To:** Sunita Khorana <skhorana@prim.com>
**Cc:** Srinivas Goluguri <sgoluguri@prim.com>
**Subject:** Re: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

Hi sunita,

They will report to kelly wood and kelly is not in PTD, she is in company 100.

Thanks ,


**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Primoris T&D
115 W 7th Street, Suite 1410
Fort Worth, TX 76102
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com


***"Primoris, building America's future, today."***

On Feb 3, 2023, at 7:08 AM, Sunita Khorana <skhorana@prim.com> wrote:

Alicia and Sri-

These are the HR folks slated to come over to PTD as part of Wave 4. Can you please:

1. Let me know their Home Department
2. Who their PTD Supervisor will be and
3. Confirm that their closest location for laptop migration is: 2100 Great SW Pkwy, Fort Worth, TX 76106

I need the response for #3 today so I can provide to IT for planning.

| COMPANY | WAVE | EMPLOYEE NAME | PSC Email | TITLE | PTD PR Group | PTD HOME DEPT | PTD SUPERVISOR | FULL TIME/ PART TIME | HRLY/SAL |
|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Current | Future | Future | Future | Current | Current |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Power Line Services | **Wave 4 D** | Dickson, Ashley J. | adickson@prim.com | HR Generalist | 20 | | | Full Time | Salaried |
| Power Line Services | **Wave 4 D** | Goluguri, Alexis B. | agoluguri@prim.com | HR Coordinator | 50 | | | Full Time | Hourly |

| **PLS/AUGER HIRE DATE** | **CLOSEST OFFICE LOCATION WITH NETWORK CONNECTION FOR LAPTOP MIGRATION** |
|---|---|
| **Current** | **Future** |
| 10/4/2021 | 2100 Great SW Pkwy, Fort Worth, TX 76106 |
| 7/12/2021 | 2100 Great SW Pkwy, Fort Worth, TX 76106 |

Thank you,
Sunita
Sunita Khorana
Integration Projects Group
c: Redacted

***"Primoris, building America's future, today."***

# PLAINTIFF'S EXHIBIT 24

**From:** Alicia Campbell [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=05745A86168F439FBEE33FEE4D14EF73-ALICIA CAMP]
**Sent:** 2/3/2023 10:44:44 AM
**To:** Jackie Hendrick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=090b87bca1f34cd8a405d7a47ce4cf98-Jackie Hend]
**Subject:** FW: PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

*Just as an FYI – they are wanting to move HR from PLS to PTD on 02/27.*

*That being said, once Alexis moves on that date, Sunita said she will lose visibility to PLS. At that point she will have absolutely nothing to do. Are you good if I adjust her last day to 02/24? Also don't want to move someone over to term them.*

*Thanks!*

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: [redacted]
F: (682)233-9012
www.prim.com

PSC Primoris

***"Primoris, building America's future, today."***

---

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Friday, February 3, 2023 7:09 AM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>; Srinivas Goluguri <sgoluguri@prim.com>
**Subject:** PLS_Auger Employees to PTD 02 27 2023 | Wave 4 | Please respond to item 3 at least

Alicia and Sri-

These are the HR folks slated to come over to PTD as part of Wave 4. Can you please:
1. Let me know their Home Department
2. Who their PTD Supervisor will be and
3. Confirm that their closest location for laptop migration is: 2100 Great SW Pkwy, Fort Worth, TX 76106

I need the response for #3 today so I can provide to IT for planning.

| COMPANY | WAVE | EMPLOYEE NAME | PSC Email | TITLE | PTD PR Group | PTD HOME DEPT | PTD SUPERVISOR | FULL TIME/ PART TIME | HRLY/SAL |
|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Current | Future | Future | Future | Current | Current |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Power Line Services | **Wave 4 D** | Dickson, Ashley J. | adickson@prim.com | HR Generalist | 20 | | | Full Time | Salaried |
| Power Line Services | **Wave 4 D** | Goluguri, Alexis B. | agoluguri@prim.com | HR Coordinator | 50 | | | Full Time | Hourly |

| **PLS/AUGER HIRE DATE** | **CLOSEST OFFICE LOCATION WITH NETWORK CONNECTION FOR LAPTOP MIGRATION** |
|---|---|
| **Current** | **Future** |
| 10/4/2021 | 2100 Great SW Pkwy, Fort Worth, TX 76106 |
| 7/12/2021 | 2100 Great SW Pkwy, Fort Worth, TX 76106 |

Thank you,
Sunita
Sunita Khorana
Integration Projects Group
c: [redacted]

***"Primoris, building America's future, today."***

# PLAINTIFF'S EXHIBIT 25

**From:** Alicia Campbell [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=05745A86168F439FBEE33FEE4D14EF73-ALICIA CAMP]
**Sent:** 2/24/2023 10:40:36 AM
**To:** Teresa Berry [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c29158d7b15d41b58a370b98adedf6c2-Teresa Berr]
**Subject:** Headcount Report 2023 02 20.xlsx
**Attachments:** Headcount Report 2023 02 20.xlsx

*Sorry this took me a bit !*

*Thanks,*


**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com


***"Primoris, building America's future, today."***

DOCUMENT PRODUCED IN NATIVE FORMAT

AutoSave OFF | Exhibit 32 - Primoris 001578 CONF | Search (Cmd + Ctrl + U)

Home Insert Draw Page Layout Formulas Data Review View | Comments | Share

A26 | fx | Total

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | | | |
| 2 | South Region - HR Support | **3650** | | |
| 3 | | | | |
| 4 | Alicia Campbell/Kelly Wood | | | |
| 5 | BU | Type | Locations | Employee HC |
| 6 | PTD SW | Power Delivery | TX | 1334 |
| 7 | PDS SW | Natural Gas | TX, AR | 266 |
| 8 | Renewables | | TX | 16 |
| 9 | | | **Total** | **1616** |
| 10 | | | | |
| 11 | Alicia Campbell/Paula Bagony | | | |
| 12 | BU | Type | Locations | Employee HC |
| 13 | PTD SE | Power Delivery | TX, LA, FL, NC & VA | 846 |
| 14 | RB Hinkle | Power Delivery | VA | 187 |
| 15 | | | **Total** | **1033** |
| 16 | | | | |
| 17 | Alicia Campbell/Shunte Curtis | | | |
| 18 | BU | Type | Locations | Employee HC |
| 19 | Bcomm | Communications | TX | 251 |
| 20 | Future | Communications | TX | 433 |
| 21 | | | **Total** | **684** |
| 22 | | | | |
| 23 | Alicia Campbell/Ashley Dickson | | | |
| 24 | BU | Type | Locations | Employee HC |
| 25 | PLS | Power Delivery | TX, GA, NM | 317 |
| 26 | | | **Total** | **317** |
| 27 | | | | |

January | February

Ready | Accessibility: Investigate | Average: 317 Count: 2 Sum: 317 | 200%

**Sent**: 2/24/2023 10:47:48 AM
**Subject**: FW: Headcount Report 2023 02 20.xlsx
**Attachments**: Headcount Report 2023 02 20.xlsx

Teresa Berry
Human Resources Director
Primoris Service Corporation – Utilities Segment
53 S Owasso Blvd W
Little Canada, Minnesota 55117
Office: (651) 365-7385
Fax: (651) 365-7380
www.prim.com

*"Primoris, building America's future, today."*

---

**From:** Alicia Campbell <Alicia.Campbell@prim.com>
**Sent:** Friday, February 24, 2023 10:41 AM
**To:** Teresa Berry <TBerry@prim.com>
**Subject:** Headcount Report 2023 02 20.xlsx

*Sorry this took me a bit !*

*Thanks,*

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

***"Primoris, building America's future, today."***

DOCUMENT PRODUCED IN NATIVE FORMAT

# PLAINTIFF'S EXHIBIT 26

**From**: Shunte Curtis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9BBF30C9E01D4F74AF9369D49EF50C6B-SHUNTE CURT]
**Sent**: 1/25/2023 2:55:52 PM
**To**: Morgan Reconnu [mreconnu@prim.com]
**CC**: Charlotte Chapman-Byrd [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2ec80422697d426c8d6d9eb82054da18-Charlotte C]
**Subject**: CO 187 Payroll Email Thread

*Good afternoon Morgan!*

*Can we please get Charlotte Chapman-Byrd added to the email thread when payroll is closed for CO 187? She is the new HR Manager for PDS Gas.*

*Thanks!*

*Shunte' Curtis*
*Manager, Human Resources*
3325 Innovative Way
Mesquite, TX 75149
Cell: Redacted
Office: 972-329-6400 ext: 64355
shunte.curtis@prim.com
www.future-infrastructure.com

FUTURE INFRASTRUCTURE
A Primoris Company
PSC Primoris

| | |
|---|---|
| **From**: | Charlotte Chapman-Byrd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2EC80422697D426C8D6D9EB82054DA18-CHARLOTTE C] |
| **Sent**: | 12/29/2022 2:38:03 PM |
| **To**: | Colby Sparks [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=58f575801340446dbc5f018f25274896-MIGTX_Colby]; Clayton Bonneville [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e03806f1ee154664b5c84072170e125c-migtx_clayt]; Eberardo Soto [eberardosoto@gmail.com]; Brandon Palmer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aa5b5c911dd2457fb018c9094790df1a-migtx_brand]; Matthew Jaco [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=31d16b8cc9414c969a76b4088c603604-migtx_matth] |
| **Subject**: | RE: HR meeting |

Thank you Colby!!!! I look forward to meeting you and EVERYONE!

Charlotte

Charlotte Chapman-Byrd
Manager, Human Resources
2100 Great Southwest
Fort Worth, TX 75149
Cell: 817-501-4954
Office: 682-777-6994
cchapman-byrd@prim.com

-----Original Message-----
From: Colby Sparks <SSparks@prim.com>
Sent: Thursday, December 29, 2022 12:48 PM
To: Charlotte Chapman-Byrd <cchapman-byrd@prim.com>; Clayton Bonneville <CBonneville@prim.com>; Eberardo Soto <eberardosoto@gmail.com>; Brandon Palmer <BPalmer@prim.com>; Matthew Jaco <MJaco@prim.com>
Subject: HR meeting

Good afternoon everyone. I thought I set a meeting up for Thursday Jan 5 but didn't see anyone reply so I asked Clay and he hadn't see anything. Saying that we will have a meet and greet with Charlotte that is on the email as well to go over our expectations and HR expectations. Charlotte will be our new contact starting next week. Please have anyone there that you would like to be.

Colby

Sent from my iPhone

*"Primoris, building America's future, today."*

**From:** Shunte Curtis <Shunte.Curtis@prim.com>
**Sent:** Wednesday, January 18, 2023 11:19 AM
**To:** Kelbi Arnold <karnold@prim.com>
**Cc:** Charlotte Chapman-Byrd <cchapman-byrd@prim.com>
**Subject:** Payroll Email Thread

*Gooooooood morning Again Sunshine!!!*

*Can you please add Charlotte Chapman-Byrd to the email thread for Future's payroll? She is the HR Manager for PDS and we have about 68 Future Gas employees that she'll be managing.*

*Thanks!* ☺

*Shunte' Curtis*
*Manager, Human Resources*
3325 Innovative Way
Mesquite, TX 75149
Cell: Redacted
Office: 972-329-6400 ext: 64355
shunte.curtis@prim.com
www.future-infrastructure.com

A Primoris Company

**From:** Shunte Curtis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9BBF30C9E01D4F74AF9369D49EF50C6B-SHUNTE CURT]
**Sent:** 1/23/2023 5:38:57 PM
**To:** Colby Sparks [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=58f575801340446dbc5f018f25274896-MIGTX_Colby]; Naomi Gonzalez [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=973109091182451ba5858760c7dcf6a3-Naomi Olver]; Walter Thomas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ae17cb7c90c4174b8c78877a66eabe5-Walter Thom]; Justin Townson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c54f9e6551184a599965e45d173b2831-Justin Town]
**CC:** Charlotte Chapman-Byrd [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2ec80422697d426c8d6d9eb82054da18-Charlotte C]; Tessa Tanner [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=134af9f3e6b04646b077b4459cc842f1-Tessa Tanne]; Alicia Campbell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05745a86168f439fbee33fee4d14ef73-Alicia Camp]; Brenda Pearce [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4657d7ae1cc64ebba479d4602b444688-Brenda Pear]
**Subject:** RE: Pending New Hire - Otto Castillo Alcantara

*Good evening Colby!*

*Apologies for the misunderstanding, but after our last HR meeting last week, it was determined to start the transition immediately and have it completed by 2/6. Future employees are set up differently (different codes, PR departments, etc...) in the system than they are for PDS and both Charlotte and Tessa will need to be trained and given the appropriate tools/resources in order for them to take over successfully.*

*Again, apologies for the misunderstanding and we appreciate you and your teams patience and support as we move forward with this transition of duties.*

*Have a good evening!*

*Thanks!*


*Shunte' Curtis*
*Manager, Human Resources*
3325 Innovative Way
Mesquite, TX 75149
Cell: Redacted
Office: 972-329-6400 ext: 64355
shunte.curtis@prim.com
www.future-infrastructure.com


FUTURE INFRASTRUCTURE
A Primoris Company

**From:** Colby Sparks <SSparks@prim.com>
**Sent:** Monday, January 23, 2023 4:56 PM
**To:** Naomi Gonzalez <Naomi.Olvera@prim.com>; Walter Thomas <Walter.Thomas@prim.com>; Justin Townson <justin.townson@prim.com>
**Cc:** Shunte Curtis <Shunte.Curtis@prim.com>; Charlotte Chapman-Byrd <cchapman-byrd@prim.com>; Tessa Tanner <ttanner@prim.com>; Alicia Campbell <Alicia.Campbell@prim.com>; Brenda Pearce <bpearce@prim.com>
**Subject:** RE: Pending New Hire - Otto Castillo Alcantara

Ok. That is not the way I understood it. I understood this to in place now is the only reason I emailed.

Thank You,
Colby Sparks
VP of Operations
Primoris Distribution Services
903-815-6690
csparks@prim.com

---

**From:** Naomi Gonzalez <Naomi.Olvera@prim.com>
**Sent:** Monday, January 23, 2023 4:45 PM
**To:** Colby Sparks <SSparks@prim.com>; Walter Thomas <Walter.Thomas@prim.com>; Justin Townson <justin.townson@prim.com>
**Cc:** Shunte Curtis <Shunte.Curtis@prim.com>; Charlotte Chapman-Byrd <cchapman-byrd@prim.com>; Tessa Tanner <ttanner@prim.com>; Alicia Campbell <Alicia.Campbell@prim.com>; Brenda Pearce <bpearce@prim.com>
**Subject:** RE: Pending New Hire - Otto Castillo Alcantara

*Hi Colby,*

*You are correct, we are currently in the process of transitioning everything to Charlotte and Tessa to take over. The transition date should be completed by 2/6/23 and In the interim I am still handling Future Gas new hires.*

*I spoke with Justin Townson and he will be getting me the signed new hire form in the morning.*

*Thank you,*

Naomi Gonzalez

Future Infrastructure
HR Specialist
3325 Innovative Way
Mesquite, TX 75149
*Direct Line: 972-895-2725*
*Cell:* Redacted
Naomi.Olvera@prim.com

***Please note that my last name has changed***
**(Naomi Olvera)**

FUTURE INFRASTRUCTURE
A Primoris Company

PSC
Primoris

E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

---

**From:** Colby Sparks <SSparks@prim.com>
**Sent:** Monday, January 23, 2023 4:24 PM
**To:** Naomi Gonzalez <Naomi.Olvera@prim.com>; Walter Thomas <Walter.Thomas@prim.com>; Justin Townson <justin.townson@prim.com>
**Cc:** Shunte Curtis <Shunte.Curtis@prim.com>; Charlotte Chapman-Byrd <cchapman-byrd@prim.com>; Tessa Tanner <ttanner@prim.com>; Alicia Campbell <Alicia.Campbell@prim.com>; Brenda Pearce <bpearce@prim.com>
**Subject:** RE: Pending New Hire - Otto Castillo Alcantara

Naomi, I believe Tessa does the gas side of Future now. Charlotte should be our HR contact. I know it has been confusing. Saying this we can print out the application white the approver out and send it back in since Walter or myself could not just reply to be the second approver.

Thank You,
Colby Sparks
VP of Operations
Primoris Distribution Services
903-815-6690
csparks@prim.com

---

**From:** Naomi Gonzalez <Naomi.Olvera@prim.com>
**Sent:** Monday, January 23, 2023 2:07 PM
**To:** Walter Thomas <Walter.Thomas@prim.com>; Justin Townson <justin.townson@prim.com>
**Cc:** Shunte Curtis <Shunte.Curtis@prim.com>; Charlotte Chapman-Byrd <cchapman-byrd@prim.com>; Colby Sparks <SSparks@prim.com>
**Subject:** RE: Pending New Hire - Otto Castillo Alcantara

*Hi,*

*I have attached 2 new hire forms for the same candidate. I previously received the one signed and approved by Walter and was in the process of creating an offer letter but need confirmation that he will also be a driver. Unfortunately now that Serafin is no longer a superintendent I will need one new hire form with the signature of Otto's direct manager and their direct report. New hire forms can only be approved and signed by Salary Superintendents or hire level management.*

*Justin,*
*If Otto will be reporting to you can you please send a new hire form completed with you as the hiring manager along with yours and Walter's signature.*
*Once I receive that back approved and signed by two approvers I can proceed with sending him an offer letter.*

*Please let me know if you have any questions.*

*Thank you,*


Naomi Gonzalez

Future Infrastructure
HR Specialist
3325 Innovative Way
Mesquite, TX 75149
*Direct Line: 972-895-2725*
*Cell:* Redacted
Naomi.Olvera@prim.com

***Please note that my last name has changed***
**(Naomi Olvera)**


FUTURE INFRASTRUCTURE
A Primoris Company

Primoris


E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Naomi Gonzalez
**Sent:** Thursday, January 12, 2023 4:15 PM
**To:** Walter Thomas <Walter.Thomas@prim.com>
**Cc:** Shunte Curtis <Shunte.Curtis@prim.com>
**Subject:** Pending New Hire - Otto Castillo Alcantara

*Walter,*

*Can you please confirm if Otto will be driving for the company. The new hire form has the box checked yes, but his title only stated skilled laborer.*

*Thank you,*

Naomi Gonzalez

Future Infrastructure
HR Specialist
3325 Innovative Way
Mesquite, TX 75149
*Direct Line: 972-895-2725*
*Cell:* Redacted
Naomi.Olvera@prim.com

***Please note that my last name has changed***
**(Naomi Olvera)**

A Primoris Company

Primoris

E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Charlotte Chapman-Byrd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2EC80422697D426C8D6D9EB82054DA18-CHARLOTTE C]
**Sent:** 2/3/2023 1:09:13 PM
**To:** Shunte Curtis [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9bbf30c9e01d4f74af9369d49ef50c6b-Shunte Curt]

**Subject:** Accepted: Onboarding Training & Transition Discussion
**Location:** Future Infrastructure, LLC. (3325 Innovative Way, Mesquite, TX 75149)

**Start:** 2/9/2023 9:00:00 AM
**End:** 2/9/2023 2:00:00 PM
**Show Time As:** Busy

| | |
|---|---|
| **From:** | Shunte Curtis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9BBF30C9E01D4F74AF9369D49EF50C6B-SHUNTE CURT] |
| **Sent:** | 2/13/2023 2:42:35 PM |
| **To:** | Alicia Campbell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05745a86168f439fbee33fee4d14ef73-Alicia Camp] |
| **Subject:** | RE: Security Access Review |

*Yes, since she's taking over Future Gas. Until the Future Gas guys get moved over to PDS, she'll need access to manage all their personnel actions.*

*Shunte' Curtis*
*Manager, Human Resources*
3325 Innovative Way
Mesquite, TX 75149
Cell: Redacted
Office: 972-329-6400 ext: 64355
shunte.curtis@prim.com
www.future-infrastructure.com

FUTURE INFRASTRUCTURE
A Primoris Company
PsC Primoris

---

**From:** Alicia Campbell <Alicia.Campbell@prim.com>
**Sent:** Monday, February 13, 2023 2:38 PM
**To:** Shunte Curtis <Shunte.Curtis@prim.com>
**Subject:** FW: Security Access Review

*Should charlotte have access to future???*

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

PsC Primoris

***"Primoris, building America's future, today."***

---

**From:** Sam Alleman <SAlleman@prim.com>
**Sent:** Monday, February 13, 2023 2:25 PM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>
**Cc:** Missy Rivet <mrivet@prim.com>
**Subject:** RE: Security Access Review

Here you go, sorry about that!

Also, for Charlotte she did put in a request asking for the HR approval routing role for Future do you approve?

# PLAINTIFF'S EXHIBIT 27

**From:** Jackie Hendrick [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=090B87BCA1F34CD8A405D7A47CE4CF98-JACKIE HEND]
**Sent:** 2/7/2023 2:55:45 PM
**To:** Monica Cruz [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cfced6a9d3794ac48fc2a20e612e01ed-Monica Cruz]; Alicia Campbell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05745a86168f439fbee33fee4d14ef73-Alicia Camp]; Teresa Berry [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c29158d7b15d41b58a370b98adedf6c2-Teresa Berr]
**CC:** Jake GeBauer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1ecb24d3ed2d4d0ebe6a71de016f01c0-Jake Gebaue]; David Naro [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f64613b010a84424af329c5b6ebd939d-David Naro]
**Subject:** RE: Utility Segment PIP Update
**Attachments:** PLH PIP Tracking_02072023.xlsx

Team:

Be sure to work with the functions that fall under your remit. You may have to reach out to the function head to let them know you or your team member will be assisting them their their RIFs. Also, keep up with the RIF's for your regions and updating the workbooks in a timely manner. John Moreno made a comment today that he doesn't want these reductions to fall off the rails and we arrive at the end of the quarter and the actions were not done. Therefore, take the lead and keep your business partners on point based on the timeline of the RIF's they provided I am concerned if we wait from them to engage they won't. So we will be proactive to ensure we do this as smooth as possible.

Jackie

---

**From:** Jake GeBauer <jgebauer@prim.com>
**Sent:** Tuesday, February 7, 2023 1:50 PM
**To:** Dennis MacAleese <dmacaleese@prim.com>; Douglas Reeves <Doug.Reeves@prim.com>; Russell Smith <russell.smith@prim.com>; David Naro <DNaro@prim.com>; Dan Patterson <dpatterson@prim.com>; Tom Tekulve <ttekulve@prim.com>; Jackie Hendrick <jhendrick@prim.com>; Thomas Jones <tjones@prim.com>; Eric Amlee <eamlee@prim.com>; Sean Gordon <SGordon@prim.com>; John Moreno <jmoreno@prim.com>
**Subject:** RE: Utility Segment PIP Update

Thank you everyone for your time today. See attached for the latest version. Jackie and her team will continue to update the actual terms and work with leadership to coordinate RIFs. Fastfield data from Fleet has been updated as well. Eric is working to get the depreciation costs for the equipment without dollars.

As we discussed today, please check the exceptions and send me your corrections.




When we review next week, we will add quick answers to some of the questions presented today (such as percent of revenue for directs/indirects/SG&A).

As always, please reach out with any questions, comments, or ideas.

Thanks,
Jake

Jake geBauer, PMP | Senior Director Performance Management | Primoris – Utilities Segment | [redacted]

-----Original Appointment-----
**From:** Allison Kohlschein <akohlschein@prim.com>
**Sent:** Tuesday, January 31, 2023 11:47
**To:** Allison Kohlschein; Dennis MacAleese; Douglas Reeves; Russell Smith; David Naro; Dan Patterson; Tom Tekulve; Jackie Hendrick; Philip Jacoby; Christopher Moulden; Thomas Jones; Eric Amlee; Sean Gordon; Jake GeBauer; John Moreno
**Subject:** Utility Segment PIP Update
**When:** Tuesday, February 7, 2023 10:00-11:00 (UTC-06:00) Central Time (US & Canada).
**Where:** Dallas Conference Room; https://prim.zoom.us/j/95719481256?pwd=M1JpSUNtVitMU2h2dk9hbmJ2citidz09

Allison Kohlschein is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://prim.zoom.us/j/95719481256?pwd=M1JpSUNtVitMU2h2dk9hbmJ2citidz09

Meeting ID: 957 1948 1256
Passcode: 840516
One tap mobile
+16699006833,,95719481256# US (San Jose)
8887880099,,95719481256# US Toll-free

Dial by your location
 +1 669 900 6833 US (San Jose)
 888 788 0099 US Toll-free
 +1 647 558 0588 Canada
 855 703 8985 Canada Toll-free
Meeting ID: 957 1948 1256
Find your local number: https://prim.zoom.us/u/a7vIAulJN

Join by SIP
95719481256@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)

69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 957 1948 1256
Passcode: 840516

Join by Skype for Business
https://prim.zoom.us/skype/95719481256

DOCUMENT PRODUCED IN NATIVE FORMAT

Exhibit 45 - Primoris 003133 002603009_0000027225-0001

A220 | fx | 210588

**Determination**: Keep | RIF | TBD

**Assigned Leader**: Amlee, Eric & Jacoby, Philip | Anderson, Rhonda | Anderson, Rhonda & Hendrick, Jackie | Dennis Macaleese | Haxton, Chad | JM | Jones, Thomas | Kathmann, Scot | MacAleese, Dennis | Martz, Ted | Martz, Ted & Moulden, Chris | Naro, David | Patterson, Dan | Smith, Russell

**Not Determined**: FALSE | TRUE

| Row | EE# | EE Last | EE First | Title | Planned Severance | Determination | Planned Term Date | Term Completion Date | Assigned Leader | Source Company | Not Determined |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202 | 21520[redacted] | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 203 | 1477[redacted] | [redacted] | [redacted] | [redacted] | 7,094.40 | RIF | 3/31/23 | | [redacted] | [redacted] | FALSE |
| 204 | 484[redacted] | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 205 | 493[redacted] | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 206 | 496[redacted] | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 207 | 497[redacted] | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 208 | 21304[redacted] | [redacted] | [redacted] | [redacted] | 6,538.46 | RIF | 2/24/23 | | [redacted] | [redacted] | FALSE |
| 209 | 1531[redacted] | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 210 | 1270[redacted] | [redacted] | [redacted] | [redacted] | - | TBD | | | [redacted] | [redacted] | TRUE |
| 211 | 1526[redacted] | [redacted] | [redacted] | [redacted] | - | RIF | 12/22/22 | 12/22/22 | [redacted] | [redacted] | FALSE |
| 212 | 1350[redacted] | [redacted] | [redacted] | [redacted] | - | Keep | 1/1/23 | | [redacted] | [redacted] | FALSE |
| 213 | 513[redacted] | [redacted] | [redacted] | [redacted] | - | RIF | 12/30/22 | 12/30/22 | [redacted] | [redacted] | FALSE |
| 214 | 21513[redacted] | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 215 | 21151[redacted] | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 216 | 458[redacted] | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 217 | 1309[redacted] | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 218 | 1474[redacted] | [redacted] | [redacted] | [redacted] | - | RIF | 1/15/23 | 12/24/22 | [redacted] | [redacted] | FALSE |
| 219 | 442[redacted] | [redacted] | [redacted] | [redacted] | - | TBD | | | [redacted] | [redacted] | TRUE |
| 220 | 210588 | Goluguri | Alexis | HR Coordinator | 4,600.00 | RIF | 3/31/23 | | Anderson, Rhonda & Hendrick, Jackie | Power Line Services, Inc. | FALSE |
| 221 | 15277 | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 222 | 215144 | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 223 | 213351 | [redacted] | [redacted] | [redacted] | - | TBD | | | [redacted] | [redacted] | TRUE |
| 224 | 214689 | [redacted] | [redacted] | [redacted] | - | RIF | 1/15/23 | | [redacted] | [redacted] | FALSE |
| 225 | 213846 | [redacted] | [redacted] | [redacted] | - | RIF | 1/15/23 | | [redacted] | [redacted] | FALSE |
| 226 | 211922 | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 227 | 5680 | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 228 | 4886 | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 229 | 4905 | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 230 | 214688 | [redacted] | [redacted] | [redacted] | - | RIF | 1/15/23 | 12/7/22 | [redacted] | [redacted] | FALSE |
| 231 | 212399 | [redacted] | [redacted] | [redacted] | 7,846.15 | RIF | 3/17/23 | | [redacted] | [redacted] | FALSE |
| 232 | 214684 | [redacted] | [redacted] | [redacted] | - | RIF | 1/15/23 | | [redacted] | [redacted] | FALSE |
| 233 | 5683 | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 234 | 13506 | [redacted] | [redacted] | [redacted] | - | Keep | | | [redacted] | [redacted] | FALSE |
| 235 | 15687 | [redacted] | [redacted] | [redacted] | - | RIF | 1/15/23 | 12/23/22 | [redacted] | [redacted] | FALSE |
| 236 | 15759 | [redacted] | [redacted] | [redacted] | - | RIF | 1/15/23 | | [redacted] | [redacted] | FALSE |

Summary | Labor Review | Equipment Review

Ready | Accessibility: Investigate | Average: 39257.70833 | Count: 25 | Sum: 314061.6667 | 125%