# PLAINTIFF'S EXHIBIT 28

11:39

48

T

TONY PRIMORIS

iMessage
Thu, Feb 16 at 4:39 PM

Come to my office ASAP

ASAP

Thu, Feb 16 at 9:08 PM

Hey Tony. Just checking on you. You said you BP was high and I was just checking to see if you were ok.

Just in thought about everything

But I'm good so far

Thanks for asking

It's a lot to rap my head around

I know. Trust the process.

Take your time and take care of yourself and your mental and physical health.

?

You know....this job is what most people live for, am sure that this has to be odd for them.

Explain?

iMessage

# PLAINTIFF'S EXHIBIT 29

**Subject:** RE: Byrd v. Primoris - Documents referenced in Alicia's deposition
**Date:** Wednesday, December 10, 2025 at 11:45:58 AM Central Standard Time
**From:** Plagens, Nicholé M. (Dallas)
**To:** Christine Hopkins, Carmen Artaza
**CC:** DePonte, Michael J. (Dallas), Costin, Theresa S. (Dallas), Miller, Zachary L. (Dallas), Osborne, Shannon (Dallas)
**Attachments:** image001.png, image002.png, image158066.png, Primoris 003841 - 003842.pdf

Christine,

Please see attached for the February 16, 2023 conversation string between Ms. Byrd and Ms. Campbell that was previously produced. The timestamp difference between 4:29 and the attached saying 5:29 is because of how the messages were processed when gathered.

I will ask about the attachment.

Best,

Nicholé

**Nicholé M. Plagens** (ni-KOHL-lay plah-GENS | She/Her)
Attorney at Law

**Jackson Lewis P.C.**
500 N. Akard Street.
Suite 2500
Dallas, TX 75201
Direct: (972) 728-3250 | Main: (214) 520-2400
Nichole.Plagens@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Christine Hopkins <christine@tremainartaza.com>
**Sent:** Wednesday, December 10, 2025 11:22 AM
**To:** Plagens, Nicholé M. (Dallas) <Nichole.Plagens@jacksonlewis.com>; Carmen Artaza <carmen@tremainartaza.com>
**Cc:** DePonte, Michael J. (Dallas) <Michael.DePonte@jacksonlewis.com>; Costin, Theresa S. (Dallas) <Theresa.Costin@Jacksonlewis.com>; Miller, Zachary L. (Dallas) <Zach.Miller@jacksonlewis.com>; Osborne, Shannon (Dallas) <Shannon.Osborne@jacksonlewis.com>
**Subject:** Re: Byrd v. Primoris - Documents referenced in Alicia's deposition

Hi Nicholé,

In addition to the three items Carmen e-mailed you about, can you also check on the following:

4. The attachment to Alicia Campbell's February 20, 2023 E-mail to Tony Gill (Ms. Campbell testified it was a screenshot of Kelly Wood's phone log showing when she called Tony Gill on 2/16/2023).

5. Any Direct Teams Message Alicia Campbell received from Charlotte Chapman Byrd on February 16, 2023 at 4:29pm – or before or after the 4.38pm message that was Exhibit 16 to Ms. Campbell's deposition.

Thank you!

Sincerely,

- Christine Hopkins

TREMAIN ARTAZA PLLC
www.tremainartaza.com
direct: (469) 573-0297
This e-mail is intended solely for the addressee and contains confidential attorney-client privileged information and/or attorney work product. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

---

**From:** Plagens, Nicholé M. (Dallas) <Nichole.Plagens@jacksonlewis.com>
**Date:** Tuesday, December 9, 2025 at 2:05 PM
**To:** Carmen Artaza <carmen@tremainartaza.com>
**Cc:** Christine Hopkins <christine@tremainartaza.com>, DePonte, Michael J. (Dallas) <Michael.DePonte@jacksonlewis.com>, Costin, Theresa S. (Dallas) <Theresa.Costin@Jacksonlewis.com>, Miller, Zachary L. (Dallas) <Zach.Miller@jacksonlewis.com>, Osborne, Shannon (Dallas) <Shannon.Osborne@jacksonlewis.com>
**Subject:** RE: Byrd v. Primoris - Documents referenced in Alicia's deposition

Hi Carmen,

I will seek the requested documents from the client. However, I was just notified that Kelly Wood is out of work until at least 12/15 on FMLA leave (which may be extended) so we will not be able to bother her while she is out on FMLA.

Best,

Nicholé

JL **Nicholé M. Plagens** (ni-KOHL-lay plah-GENS | She/Her)
Attorney at Law

**Jackson Lewis P.C.**
500 N. Akard Street.
Suite 2500
Dallas, TX 75201
Direct: (972) 728-3250 | Main: (214) 520-2400

Nichole.Plagens@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Carmen Artaza <carmen@tremainartaza.com>
**Sent:** Tuesday, December 9, 2025 1:53 PM
**To:** Plagens, Nicholé M. (Dallas) <Nichole.Plagens@jacksonlewis.com>
**Cc:** Christine Hopkins <christine@tremainartaza.com>; DePonte, Michael J. (Dallas) <Michael.DePonte@jacksonlewis.com>; Costin, Theresa S. (Dallas) <Theresa.Costin@Jacksonlewis.com>; Miller, Zachary L. (Dallas) <Zach.Miller@jacksonlewis.com>; Osborne, Shannon (Dallas) <Shannon.Osborne@jacksonlewis.com>
**Subject:** Byrd v. Primoris - Documents referenced in Alicia's deposition

Hi Nicholé,

In Alicia's deposition yesterday, she mentioned several documents that we believe are discoverable/responsive to our existing discovery requests -

1. Notes she took during her call with Tony Gill complaint.
2. All of Kelly Wood's notes regarding the Tony Gill complaint and/or her investigation into the Tony Gill complaint.
3. The L & D files for any type of discrimination/retaliation training given to Kelly Woods, Alicia Campbell, Janet Hendrick, Charlotte Byrd, Tony Gill, Paula Bagony, and Alvin Craddock.

Please let me know if y'all will agree to produce these documents by **12/19.**

Thank you,
**Carmen Artaza**
**Tremain Artaza, PLLC**
www.tremainartaza.com
Main Line: (469) 573-0229
Fax: (214) 254-4941

**Please note: Our address has changed. Our new address, effective immediately, is: 6060 North Central Expwy, Ste. 567, Dallas, Texas 75206**

**Messages in chronological order** (times are shown in GMT -05:00)

**Chat: Charlotte Chapman-Byrd, Alicia Campbell**

C **Charlotte Chapman-Byrd <cchapman-byrd@prim.com>** 2/16/2023, 1:01 PM
Hello Alicia. We have about 5 TESSCO hires for next week but their current supervisor is transitioning to PSC in wave 4. Can you confirm if we are able to bring these guys on? Kelly was saying TESSCO was moving under Adam, which is fine but are we still able to bring them on. She kind of left us confused.

AC **Alicia Campbell <Alicia.Campbell@prim.com>** 2/16/2023, 1:02 PM
can you email the list to Sunita and sean gordon and CC me and we will let them let us know what to do.

C **Charlotte Chapman-Byrd <cchapman-byrd@prim.com>** 2/16/2023, 1:09 PM
These are new hires. They are not in the system yet. These are guys Miguel Vasquez is wanting to bring on.

AC **Alicia Campbell <Alicia.Campbell@prim.com>** 2/16/2023, 1:09 PM
do we have all their names?

C **Charlotte Chapman-Byrd <cchapman-byrd@prim.com>** 2/16/2023, 1:30 PM
Yes. We do . I will send them over. I also just sent you an email regarding reasonable suspicion training.

C **Charlotte Chapman-Byrd <cchapman-byrd@prim.com>** 2/16/2023, 1:30 PM
correction testing for a PDS employee

AC **Alicia Campbell <Alicia.Campbell@prim.com>** 2/16/2023, 1:30 PM
ok thank you. I responded back.
❤️ 1 • Charlotte Chapman-Byrd <cchapman-byrd@prim.com>

C **Charlotte Chapman-Byrd <cchapman-byrd@prim.com>** 2/16/2023, 5:29 PM
Hello Alicia. There was some information reported to me today that was pretty alarming.

C **Charlotte Chapman-Byrd <cchapman-byrd@prim.com>** 2/16/2023, 5:30 PM
Regarding an incident that transpired yesterday at the PLH office. With Alvin and Kelly Porter.

AC **Alicia Campbell <Alicia.Campbell@prim.com>** 2/16/2023, 5:30 PM
Hey, Oh no! what happened?

C **Charlotte Chapman-Byrd <cchapman-byrd@prim.com>** 2/16/2023, 5:33 PM
Bullying, threats of violence, use of derogatory slurs (N Word). The individual who reported was extremely upset when reporting. This employee was in tears. It was pretty intense.

AC **Alicia Campbell <Alicia.Campbell@prim.com>** 2/16/2023, 5:34 PM
What!!!! this was first i heard about it!

AC **Alicia Campbell <Alicia.Campbell@prim.com>** 2/16/2023, 5:35 PM
do we have a statement?

C **Charlotte Chapman-Byrd <cchapman-byrd@prim.com>** 2/16/2023, 5:35 PM
They are not wanting to tell out extreme fear of retaliation. It was reported to me that this is not the first time something like this happened. The employee also stated that Kelly Porter told two others after the incident that the employee probably would not be coming back.

AC **Alicia Campbell <Alicia.Campbell@prim.com>** 2/16/2023, 5:36 PM
well this individual will not get retaliated against
❤️ 1 • Charlotte Chapman-Byrd <cchapman-byrd@prim.com>

AC **Alicia Campbell <Alicia.Campbell@prim.com>** 2/16/2023, 5:36 PM

we need to let them know that

❤️ 1 • Charlotte Chapman-Byrd <cchapman-byrd@prim.com>

AC **Alicia Campbell <Alicia.Campbell@prim.com>** 2/16/2023, 5:36 PM

we have a whistleblower policy

❤️ 1 • Charlotte Chapman-Byrd <cchapman-byrd@prim.com>

C **Charlotte Chapman-Byrd <cchapman-byrd@prim.com>** 2/16/2023, 5:38 PM

I told the employee to put a statement together and get it over to me. I explained to him the policy and that there is protection for him. They were pretty shaken and cried when telling me the story. The employee was clearly shaken and impacted by the events. Now, IF what is being said is true then we could be looking at some terminations soon.

AC **Alicia Campbell <Alicia.Campbell@prim.com>** 2/16/2023, 5:38 PM

Was it just with Kelly adn alvin

C **Charlotte Chapman-Byrd <cchapman-byrd@prim.com>** 2/16/2023, 5:41 PM

From what was said there were 4 people in the room. Two back out of the way as " if they did not want any part of what was going on" Alvin was the aggressor Kelly was present and when Alvin started really going in on the employee Kelly walked out went to his office and got something came back and stood there with his hand behind his back holding an unknown object while Alvin continued.

**From**: Charlotte Chapman-Byrd [cchapman-byrd@prim.com]
**Sent**: 2/16/2023 4:35:48 PM
**To**: Alicia Campbell [Alicia.Campbell@prim.com]

They are not wanting to tell out extreme fear of retaliation. It was reported to me that this is not the first time something like this happened. The employee also stated that Kelly Porter told two others after the incident that the employee probably would not be coming back.

# PLAINTIFF'S EXHIBIT 30

**From:** Sunita Khorana [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BD59FA1644F34E0386B95DFA81E42902-SUNITA KHOR]
**Sent:** 12/1/2022 7:57:13 AM
**To:** Daniel Leigh [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f189bbdce94140a4a0bbc3785465aeeb-Daniel Leig]
**CC:** Robert Scharfenberg [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=df8db57033044ca8ac7ffcf30d1637de-Robert Scha]; Tom Tekulve [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6c3a604471bd430495acd8a77ed2b121-Tom Tekulve]; Sean Gordon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b2cbf83f0f3438192d299311917cf77-migwb_s.gor]; Daria Harbove [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b8bbb4f4f619427aa544d8b6ec4aa9bd-Daria Harbo]
**Subject:** RE: PLS Fast Track Integration | For review and approval

Thanks Danny,

I will reach out to the leaders this morning.

Sunita
Redacted

---

**From:** Daniel Leigh <dleigh@prim.com>
**Sent:** Thursday, December 1, 2022 8:50 AM
**To:** Sunita Khorana <skhorana@prim.com>
**Cc:** Robert Scharfenberg <rscharfenberg@prim.com>; Tom Tekulve <ttekulve@prim.com>; Sean Gordon <SGordon@prim.com>; Daria Harbove <dharbove@prim.com>
**Subject:** RE: PLS Fast Track Integration | For review and approval

Sunita,

I have had personally called with each leader of the groups. They are ready for the challenge. Approved ready to go...

Danny

**Daniel Leigh**
Sr Vice President Power Delivery South Region - Distribution
**Primoris T&D**

2100 Great Southwest Parkway
Fort Worth, TX 76106

M: Redacted
dleigh@prim.com
www.prim.com

Primoris
*"Primoris, building America's future, today."*

---

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Wednesday, November 30, 2022 5:07 PM
**To:** Daniel Leigh <dleigh@prim.com>
**Cc:** Robert Scharfenberg <rscharfenberg@prim.com>; Tom Tekulve <ttekulve@prim.com>; Sean Gordon

<SGordon@prim.com>; Daria Harbove <dharbove@prim.com>

**Subject:** RE: PLS Fast Track Integration | For review and approval

Danny,

Here's the list of folks that will be transferring from PLS to PTD effective December 26, 2022; 3 Indirect, 9 Direct for a total of 12 employees.

1. Please review and approve that the list is correct and complete and
2. Let me know if I can proceed with reaching out to Alvin Craddock, [redacted] and [redacted] [redacted] to take an inventory of the PLS applications they use to complete their operational duties.

| EMPLOYEE NAME | EMP ID | TITLE | Pilot Program | Project | SUPERVISOR | SUPV ID | FULL TIME/ PART TIME | HRLY/SAL | HIRE DATE | DEPARTMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 013754 | General Foreman | X | BTU | [redacted] | 013753 | Full Time | Hourly | 2/21/2022 | Direct-Distribution Cent |
| [redacted] | 213734 | Lineman Apprentice 5 | X | BTU | [redacted] | 013752 | Full Time | Hourly | 6/27/2022 | Direct-Distribution Cent |
| [redacted] | 213742 | Foreman | X | BTU | [redacted] | 001932 | Full Time | Hourly | 6/27/2022 | Direct-Distribution West |
| [redacted] | 210212 | Lineman Apprentice 7 | X | BTU | [redacted] | 013752 | Full Time | Hourly | 4/26/2021 | Direct-Distribution Cent |
| [redacted] | 211168 | Lineman Apprentice 6 | X | BTU | [redacted] | 013752 | Full Time | Hourly | 8/24/2021 | Direct-Distribution Cent |
| [redacted] | 213873 | Lineman | X | BTU | [redacted] | 014241 | Full Time | Hourly | 7/11/2022 | Direct-Distribution West |
| Craddock Sr., Alvin A. | 014093 | Operations Manager | X | PTD | [redacted] | 011840 | Full Time | Salaried | 1/17/2022 | Field Mgmt-Distrib West |
| [redacted] | 013752 | General Foreman | X | PTD | [redacted] | 013753 | Full Time | Hourly | 10/14/2019 | Direct-Distribution Cent |
| [redacted] | 215122 | Lineman Apprentice 1 | X | PTD | [redacted] | 013752 | Full Time | Hourly | 11/1/2022 | Direct-Distribution Cent |
| [redacted] | 213893 | Lineman Apprentice 6 | X | PTD | [redacted] | 213040 | Full Time | Hourly | 7/11/2022 | Direct-Distribution Cent |
| [redacted] | 214577 | Lineman Apprentice 6 | X | PTD | [redacted] | 013752 | Full Time | Hourly | 9/6/2022 | Direct-Distribution Cent |
| [redacted] | 214572 | Journeyman Lineman | X | PTD | [redacted] | 013752 | Full Time | Hourly | 9/6/2022 | Direct-Distribution Cent |

| LABOR TYPE |
|---|

| |
|---|
| Indirect |
| Direct |
| Direct |
| Direct |
| Direct |
| Direct |
| Indirect |
| Indirect |
| Direct |
| Direct |
| Direct |
| Direct |

Thanks,

Sunita
Redacted

---

**From:** Robert Scharfenberg <rscharfenberg@prim.com>
**Sent:** Wednesday, November 30, 2022 3:56 PM
**To:** Sunita Khorana <skhorana@prim.com>
**Cc:** Daniel Leigh <dleigh@prim.com>
**Subject:** RE: PLS Fast Track Integration

Sunita,

The employees working on BTU are:

| | |
|---|---|
| [redacted] | Foreman<br>AP6<br>AP7<br>AP5<br>Journeyman<br>GF |

See below for the job #'s for BTU and current WIP status:

| Status | Project Number | Project Name |
|---|---|---|
| Closed | 2DU024-014 | BTU DFCR0002-40226 STEEP HOLLOW |
| Substantially Completed | 2DU024-016 | BTU Texas Ave Ph 1B |
| Closed | 2DU024-018 | DFCR0039 URD 40719 MANCUSO TO DICK ELLIOT RD |
| Closed | 2DU024-019 | DFCC0010 URD 41444 CARSON ST |
| Closed | 2DU024-020 | DFCR0022 URD 41158 SMETANA FEEDERS |
| Closed | 2DU024-021 | DFCR0002 URD 40226 STEEP HOLLOW FEEDERS |

| | | |
|---|---|---|
| Closed | 2DU024-022 | DFCR0032 URD 40716 GREENS PRAIRIE RD |
| Closed | 2D24001- | BTU - Steep Hollow Revision - Units |
| Closed | 2D24002- | BTU - Carson St - Units |
| Closed | 2D24003- | BTU - Coulter from TX Ave to 29th - Units |
| Open | 2D24004- | BTU - FM2154 from Wellborn Sub to Straub Rd - Units |
| Open | 2D24005- | BTU - HWY 21 FROM KUDER RD TO STEELE STORE SUB - Units |
| Open | 2D24006- | BTU - TEXAS AVE PHASE 2 - UNITS |

Thank You,

**Robert Scharfenberg**
Controller
Primoris Power Line Services
2100 Great Southwest Parkway
Fort Worth, Texas 76102
O: (214) 272-0147; C: Redacted

www.primoris.com

Primoris

*"Primoris, building America's Future today."*

---

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Wednesday, November 30, 2022 1:03 PM
**To:** Robert Scharfenberg <rscharfenberg@prim.com>
**Cc:** Daniel Leigh <dleigh@prim.com>
**Subject:** RE: PLS Fast Track Integration

Robert,

Could you please provide the names of the folks who work on the BTU program and the job numbers associated with this contract?

Thank you,

Sunita Khorana

---

**From:** Daniel Leigh <dleigh@prim.com>
**Sent:** Wednesday, November 30, 2022 11:10 AM
**To:** Tom Tekulve <ttekulve@prim.com>; Sunita Khorana <skhorana@prim.com>; Sean Gordon <SGordon@prim.com>
**Cc:** Blake Bromley <BBromley@prim.com>; Sunita Khorana <skhorana@plhgroupinc.com>; Robert Scharfenberg <rscharfenberg@prim.com>; Nicholas Hebert <nhebert@prim.com>; Russell Smith <russell.smith@prim.com>
**Subject:** RE: PLS Fast Track Integration

Team,

I have secured the approval from Nick Hebert and Russel Smith on the limited movement of employees as a test run. I have CC'd both of them as validation.

There will be one small change on timing. The employees were are going to flip with now happen as of the beginning of the year so to avoid insurance issues:

Alvin Craddock – Director of Ops to Adam's group

Group moving from PLS to PTD Conroe group; these employee's currently all work for PTD but are paid out of PLS. This will not change going forward.

[redacted] 13752
[redacted] 214572
[redacted] 214577
[redacted] 215122
[redacted] 213893

We would also like to transition the BTU customer which includes about 8-10 employees and equipment. The tougher part of this move is not that we will have Interco revenue and will test our new process.

Danny

**Daniel Leigh**
Sr Vice President Power Delivery South Region - Distribution
**Primoris T&D**

2100 Great Southwest Parkway
Fort Worth, TX 76106

M: Redacted
dleigh@prim.com
www.prim.com

Primoris
*"Primoris, building America's future, today."*

---

**From:** Tom Tekulve <ttekulve@prim.com>
**Sent:** Monday, November 21, 2022 9:43 AM
**To:** Sunita Khorana <skhorana@prim.com>; Sean Gordon <SGordon@prim.com>; Daniel Leigh <dleigh@prim.com>
**Cc:** Blake Bromley <BBromley@prim.com>; Sunita Khorana <skhorana@plhgroupinc.com>; Robert Scharfenberg <rscharfenberg@prim.com>
**Subject:** RE: PLS Fast Track Integration

Hi Sunita,

FYI - I also spoke with Blake Bromley last week & he sees this as an opportunity to learn the best processes for the move of the rest of PLS/Auger. You confirmed in your email below that you are working on approval from Russell & Nick. Assuming they are good to go & to facilitate this, please coordinate closely with Blake to be sure we account for this correctly.

[redacted] has already setup specific "PLS" departments.

For the 2 indirect employees below, who will they will be supporting so we can correctly charge the correct indirect division/department?

And when we transfer the project & crews at the end of December, we will also need to setup new job numbers (with phase/crew codes), assign them to one of the new department numbers & setup the opening job balances.

Again, please coordinate closely with Blake (he will be back in the office next Monday).
Thanks,
TT

---

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Monday, November 21, 2022 9:41 AM
**To:** Sean Gordon <SGordon@prim.com>; Daniel Leigh <dleigh@prim.com>
**Cc:** Blake Bromley <BBromley@prim.com>; Sunita Khorana <skhorana@plhgroupinc.com>; Robert Scharfenberg <rscharfenberg@prim.com>; Tom Tekulve <ttekulve@prim.com>
**Subject:** RE: PLS Fast Track Integration

[redacted] General Foreman
Alvin Craddock Director of Ops

Both are indirect and working exclusively on PTD projects.

Danny plans to inform them after getting approval.

Sunita

---

**From:** Sean Gordon <SGordon@prim.com>
**Sent:** Monday, November 21, 2022 10:37 AM
**To:** Sunita Khorana <skhorana@prim.com>; Daniel Leigh <dleigh@prim.com>
**Cc:** Blake Bromley <BBromley@prim.com>; Sunita Khorana <skhorana@plhgroupinc.com>; Robert Scharfenberg <rscharfenberg@prim.com>; Tom Tekulve <ttekulve@prim.com>
**Subject:** RE: PLS Fast Track Integration

Yes, that works for me. Who are the 2 indirects and what are their roles?

Thanks,

**Sean Gordon**
Senior Vice President of Special Projects
**Primoris Services Corporation**
14455 Primoris Way
Houston, TX 77048

Office: 346.352.5205
Mobile: Redacted
www.prim.com

***"Primoris, building America's future, today."***

**From:** Sunita Khorana <skhorana@prim.com>
**Sent:** Monday, November 21, 2022 9:03 AM
**To:** Sean Gordon <SGordon@prim.com>; Daniel Leigh <dleigh@prim.com>
**Cc:** Blake Bromley <BBromley@prim.com>; Sunita Khorana <skhorana@plhgroupinc.com>; Robert Scharfenberg <rscharfenberg@prim.com>; Tom Tekulve <ttekulve@prim.com>
**Subject:** RE: PLS Fast Track Integration

Good morning Sean,

Danny asked me to follow up as he is on vacation. Are you good with the plan to transition 2 indirect folks in December and then an 8-10 crew on one small project at the end of December?
He will then get approval from Nick and Russell.

Sunita Khorana
Redacted

**From:** Sean Gordon <SGordon@prim.com>
**Sent:** Friday, November 18, 2022 3:40 PM
**To:** Daniel Leigh <dleigh@prim.com>
**Cc:** Blake Bromley <BBromley@prim.com>; Sunita Khorana <skhorana@plhgroupinc.com>; Robert Scharfenberg <rscharfenberg@prim.com>; Tom Tekulve <ttekulve@prim.com>
**Subject:** Re: PLS Fast Track Integration

Thanks for the update. Also, I spoke to Tom T. so he updated me with the latest idea.

Get Outlook for iOS

---

**From:** Daniel Leigh <dleigh@prim.com>
**Sent:** Friday, November 18, 2022 10:02:02 AM
**To:** Sean Gordon <SGordon@prim.com>
**Cc:** Blake Bromley <BBromley@prim.com>; Sunita Khorana <skhorana@plhgroupinc.com>; Robert Scharfenberg <rscharfenberg@prim.com>
**Subject:** RE: PLS Fast Track Integration

Sean,

It appears that are ready to start training and project planning so we can hit our date at the end of Q1.

Danny

**Daniel Leigh**
Sr Vice President Power Delivery South Region - Distribution
**Primoris T&D**

2100 Great Southwest Parkway
Fort Worth, TX 76106

M: Redacted
dleigh@prim.com
www.prim.com

Primoris

*"Primoris, building America's future, today."*

---

**From:** Robert Scharfenberg <rscharfenberg@prim.com>
**Sent:** Monday, November 14, 2022 1:25 PM
**To:** Daniel Leigh <dleigh@prim.com>
**Cc:** Sean Gordon <SGordon@prim.com>; Blake Bromley <BBromley@prim.com>
**Subject:** RE: PLS Fast Track Integration

Yes, the functional lead section below looks correct.

**Robert Scharfenberg**
Controller

Primoris Power Line Services
2100 Great Southwest Parkway
Fort Worth, Texas 76102
O: (214) 272-0147; C: Redacted

www.primoris.com

Primoris

*"Primoris, building America's Future today."*

---

**From:** Daniel Leigh <dleigh@prim.com>
**Sent:** Monday, November 14, 2022 12:46 PM
**To:** Robert Scharfenberg <rscharfenberg@prim.com>
**Cc:** Sean Gordon <SGordon@prim.com>; Blake Bromley <BBromley@prim.com>
**Subject:** FW: PLS Fast Track Integration

Hey Robert,

Take a look at the responsibilities section of the list in red below and let me know if you agree. Once we agree, you and I will get on the phone with everyone so that they understand what is going on... I know the biggest concern folks have right now is around what location they will be office'd out of not necessarily the work they are doing.

Danny

**Daniel Leigh**
Sr Vice President Power Delivery South Region - Distribution
**Primoris T&D**

2100 Great Southwest Parkway
Fort Worth, TX 76106

M: Redacted
dleigh@prim.com
www.prim.com

**Primoris**
*"Primoris, building America's future, today."*

**From:** Daniel Leigh
**Sent:** Tuesday, October 25, 2022 7:57 AM
**To:** Sean Gordon <SGordon@prim.com>; Russell Smith <russell.smith@prim.com>; Blake Bromley <BBromley@prim.com>; Tom Tekulve <ttekulve@prim.com>; Dan Patterson <dpatterson@prim.com>; Eric Amlee <eamlee@prim.com>; Robert Douglass <RDouglass@prim.com>; Gena Garcia <GSteelman@prim.com>
**Cc:** Nicholas Hebert <nhebert@prim.com>
**Subject:** RE: PLS Fast Track Integration

Sean and Blake,

Here is my action items from Yesterday's call:

PLS Crews to go first(Beta):

- OGE – 1 crew
- BV/Entergy (DA/Flip) – 2 crews, will grow to 4 shortly
- BTU – 1 Crew

All of these are small contracts and in some cases are working right next to PSC employees right now.

Item to think about is the Indirect (Ops management and PM/PC) transfer as well.

Functional Leads - PLS

- AR/Billing – [redacted]
- AP – [redacted] (should be small impact except for BTU Texas Avenue
- PO/Purchasing – [redacted]
- Concur – [redacted]
- Accounting – [redacted]
- Operations – [redacted]/Alvin Craddock
- HR – [redacted]

Please let us know the next steps. When this is done, we will have all of the South Central Region complete. It would be Auger, Southwest and Southeast Region.

Best Regards,
Danny

**Daniel Leigh**
Sr Vice President Power Delivery South Region - Distribution
**Primoris T&D**

2100 Great Southwest Parkway
Fort Worth, TX 76106

M: Redacted
dleigh@prim.com
www.prim.com

**Primoris**
*"Primoris, building America's future, today."*

-----Original Appointment-----
**From:** Sean Gordon <SGordon@prim.com>
**Sent:** Friday, October 21, 2022 1:19 PM
**To:** Sean Gordon; Russell Smith; Blake Bromley; Tom Tekulve; Daniel Leigh; Dan Patterson; Eric Amlee; Robert Douglass; Gena Garcia
**Cc:** Nicholas Hebert; FTW-WB Large Conference Room
**Subject:** PLS Fast Track Integration
**When:** Monday, October 24, 2022 9:00 AM-10:00 AM (UTC-06:00) Central Time (US & Canada).
**Where:** 115 W. 7th Street; Suite 1410; Fort Worth, TX 76102; https://prim.zoom.us/j/98814597329?pwd=Rm03dmkvVlhTQk8wRytFYy9JT3Q4dz09&from=addon

I added a Zoom link in case someone can't be in person.

Sean Gordon is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://prim.zoom.us/j/98814597329?pwd=Rm03dmkvVlhTQk8wRytFYy9JT3Q4dz09&from=addon

Meeting ID: 988 1459 7329
Passcode: 872475
One tap mobile
+16699006833,,98814597329# US (San Jose)
8887880099,,98814597329# US Toll-free

Dial by your location
+1 669 900 6833 US (San Jose)
888 788 0099 US Toll-free
+1 647 558 0588 Canada
855 703 8985 Canada Toll-free
Meeting ID: 988 1459 7329
Find your local number: https://prim.zoom.us/u/adGmXE7VPH

Join by SIP
98814597329@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 988 1459 7329

Passcode: 872475

Join by Skype for Business
https://prim.zoom.us/skype/98814597329

# PLAINTIFF'S
# EXHIBIT 31

**From:** Alicia Campbell
**Sent:** Monday, February 20, 2023 1:24 PM
**To:** Charlotte Chapman-Byrd
**Subject:** RE: RE: Employee Statement - 2.17.23

*Thanks again for the statement charlotte.*

*Kelly will finish out the investigation as this is her group.*

*Can you please confirm who informed you of the complaint?*

*Thank you,*

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

Primoris

***"Primoris, building America's future, today."***

---

**From:** Charlotte Chapman-Byrd
**Sent:** Monday, February 20, 2023 12:49 PM
**To:** Alicia Campbell ; Lonnie Gill
**Cc:** Charlotte Chapman-Byrd
**Subject:** RE: Employee Statement - 2.17.23
**Importance:** High

Hello Alicia,

See attached.

*Charlotte Chapman-Byrd*
*Manager, Human Resources*
2100 Great Southwest
Fort Worth, TX 75149
Cell: 817-501-4954
Office: 682-777-6994
cchapman-byrd@prim.com

PLH GROUP

PSC

Primoris

# PLAINTIFF'S EXHIBIT 32

**From:** Kelly Wood [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=87A0706E9ACA4E6CB84BE9CA793FA6AF-MIGTX_KELLY]
**Sent:** 3/2/2023 3:04:54 PM
**To:** Jackie Hendrick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=090b87bca1f34cd8a405d7a47ce4cf98-Jackie Hend]
**CC:** Alicia Campbell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05745a86168f439fbee33fee4d14ef73-Alicia Camp]
**Subject:** Tony Gill Investigation
**Attachments:** Tony Gillis Investigation_Tony Gill (Revisit)_2.20.23.docx; Tony Gillis Investigation_Tony Gill_2.17.2023.docx; Tony Gillis Investigation_Amy K_2.17.2023.docx; Tony Gillis Investigation_Braydon Jones_2.17.docx; Tony Gillis Investigation_CREW 534 ROSTER_2.17.2023.docx; 20230302_Tony Gill February 20, 2023.pdf; Tony Gill Investigation conversation with Chase Newton and Kelly Wood.pdf; Crew 534 - Tony Gill Investigation .pdf; Tony Gill Investigation conversation with Leigh Anne Baker and Kelly Wood.pdf; Tony Gill Investigation conversation with Amy Kohrman and Kelly Wood.pdf

Jackie,

I've attached all the documentation that I have on the investigation between Tony Gill and Alvin Craddock.

Thanks,

Kelly Wood
*HR Manager*

**Primoris Utilities & Distribution Group**
9001 Primoris Ct
Fort Worth, Tx 76140
**Direct:** 469-484-5802 (preferred)
Cell: Redacted
Fax: 682.233.9012
www.prim.com

Primoris

***"Primoris, building America's future, today."***

Tony Gillis Investigation
Tony Gillis
PSC Everman Office Small Conference Room
February 20, 2023
Time:

**HISTORY**:

Sunday February 19th, 2023 I received a text message from Tony Gill that stated he could not sleep going over the scenario and that he wanted to remove two things from his statement because now he cannot recall him saying the N word and second keep in mind I didn't see anything in Kelly's hand. Everything else he was 100% about.

Monday morning February 20, 2023. I met with Tony to re-interview and revisit his statement.

What you received from me is me trying to release/remove it so that it could take the pressure off me.

Mr. Gill we want to report the TRUTH and only the truth. So my question to you is was the N word used yes or no? Yes. What happened to me that day is what happens to me on a daily bases all the time. I just never say anything I just leave it alone and it is handled on the back end.

When you say on the back end what does that mean? When it happens they will tell whoever is involved anytime you have to deal with Tony come to me and I will go to him.

I don't have any enemies in this industry I may have people who do not like me. I normally de-escalate everything. That is just how I am.

So your retraction was for what reason? Nothing is going to change we both are going to be here and nothing is going to change he is going to be here. So to make it easier on my so I know how to deal with them moving forward.

To be honest I was warned about this them both Kelly and Alvin both. Who warned Donny Sadowsky, at truck driver Dole the head of fleet even John said he did not care for.

He felt like the information was already out there and out of his control because he can tell by the emails they are handling him differently and not mentioning Alvin or his crews.

Charlotte I have no reason to lie or to escalate or make something worse than what it is. IF anyone knows me knows my history and family background none of this type of stuff falls in my family tee so when you call me that that is not a way to approach me. It's just stupid and doesn't make sense and not something that I would do. And it does not make any sense.

**Meeting ended at 9:38**

Tony Gillis Investigation
Tony Gillis
PSC Everman Office Small Conference Room
February 17, 2023
Time: 3:07 pm

**What is your position**? Tool Manager but when you look on teams it has me as a yardman but I make 90 thousand a year.

How **long you been with the company?** Almost 3 years. **Who is your supervisor?** John Pinkerton

**Has he always been your supervisor?** Yes, but my time is split between Jeremy Kirk in McKinny and John Pinkerton on this side.

**Have you had any disciplinary or corrective actions during your three years here?** No.

**Have you ever had any disagreements misunderstanding with your manager or co-workers during your tenure?** No.

**What would your co-workers and supervisor say about you?** That I am a hard worker. That I am consistent and a people pleaser.

**When did the incident take place?** Wednesday February 15th around 10 – 10:30. I know it was before lunch.

**Walk me through what happened. Where were you?** Building B at Great Southwest Parkway. **Where in building B?** In the breakroom next to mine and Kelly's office.

**Who was in the breakroom with you?** Kelly Porter. Alvin Craddick, and two younger gentleman that work for crew 534. **Do you know their names?** No not off hand.

**How did you end up in the breakroom together?** They were in the breakroom before I got there.

**When you say they, who?** The four. Alvin, Kelly and the two crew guys. **Where they waiting on you or were they just there?** I believe they were waiting on me**.**

**What makes you think they were waiting on you?** I cannot fathom why else they would be in there. **Could they have been visiting Kelly?** I believe the 2 guys were with Kelly the entire time once they left me that was who they spent their entire time with.

**When you walked in the breakroom what happened?** I was walking to my office to get my bag.

**What happened?** I was stopped and confronted. **Confronted by who?** By Alvin. **And what did he say?** He was asking about tooling for crew 534 that was on back order.

**What about the tooling?** Between him and Kelly Porter they had already, well Alvin was already talking about missing tooling on back order for crew 534.

**What was he saying?**

He was asking where was the tools. I replied I would get with the vendor and get an ETA on the tools and when to expect it. He said that Kelly had already reached out to the vendor and vendor replied to him that the tooling had been delivered.

**What was your response?**

I had no idea that they had been because I do not get tracking information from the vendor especially if the items are coming directly from the vendor. I only know it is here when it arrives and I have to be present to know and get it.

**What vendor was it?** Not sure who the vendor was because I was only provided with a snippet of what was missing or delayed.

**Did you make the order?** Yes. **And you do not remember who you ordered from?** It is either Texas Metor and Device or TMD one of the two.

**What happened then, how did it escalate?**

It escalated from there the questions they were asking they already knew the answers too.

**How did it escalate? What happened?**

Alvin stated that he ordered the tools 4 months ago but the quote for the tools was dated 1/27/23, which means the order would have been placed that day or after that date. He was screaming he was too loud for us to be in that room.

**Did you say anything back?**

At first I did not know what tools he was looking for. I asked what are you looking for was it a complete order or bits and pieces.

**And what he say?**

Well I sent you an email! Which he sent minutes before the incident and the conversation. Then I took the time out to look at the email.

**In the office or on the phone?** In front of them on my phone. **Then what happened?** When I viewed the items on the list he said was missing (employee paused and took a deep breath). I asked if Kelly had the items in stock that they could use until the ordered items came in. **What he say?** Kelly said no.

**Then what happened?** Alvin replied that the tooling should not come from Kelly they should come through me WHERE ARE THEY?!!!!! His exact words were "WHERE THE FUCK ARE THEY!"

**What did you say then?** I said I am not sure you know I am moving right**? How did you say it did you yell it back?** No I said is calmly. I do not yell. I am not a yelling person. Then he said what that got to do with my tooling! Yelling again. I responded they could be here or at the other location. I also said you know it is just me I do not have any help.

**Does Braydon help?** Yes but he is not my helper he only helps when he can he is taking over things in McKinny.

**Then what happened?** (Employee paused) He stated Alvin said he did not care! What matters to me is my guys having the tooling to do their job! **Was he yelling?** Yes. Where was he standing? He was in front of me. **What was the distance?** About 6 feet maybe closer.

**Then what happened**? I started looking at the sheet and giving him other material he could use the help complete the job. He stated he did not want those items he was yelling I WANT WHAT I PAID FOR!!!! I responded I understand that I get it you want what I paid for and that's when the two young guys stepped in to try to intervene by saying they could use the items that I was suggesting for temporary use.

**What did Alvin say then?** That's when he just escalated and went on a tanget. **What happened?** He got even louder and demanding about what he wanted and when he wanted it. **Did he approach you at that time?** Yes. **How did he approach?** He walked up to me pretty fast yelling and screaming! **What did he say?** He was yelling it should not take that long for tools to come in and that I should have a better way! **Then what?** He got pretty demeaning. I told him to hold up don't talk to me that way!

**Explain:** He started belittling me about me not knowing my job. **What he say?** That I like what Kelly does and that I was not organized. I replied You must not know how I work I work out of Conexus most of my stuff is outside.

**What happened?** He stated he didn't care. He stated the bottom line is my guys been waiting on tools for 4 months. I stated I will find out for sure where your stuff is at. The crazy thing is the completion of the order was delivered yesterday. Where was it delivered? To this location. PSC? Yes. I sent an email to John and Alvin and let them know that the only thing missing was a chainsaw. Did anyone reply to your email? No one replied.

**What are Conexus?** Storage containers. I told him things do come up missing and are pilfered all the time at this location. He said I am not paying for NOTHING!

**Then what happened?** Then he started walking up in my face and I said hold up man don't start walking up in my face. He said Nigger you cannot tell me what to do! I replied man I'll beat your ass! Then he said Nigger come on, do it. I want you to DO IT! That's when I tried to take off my backpack but it would not come off.

**Why did you want to take off your backpack?** Because I thought we were going to go to blows and I needed to be able to defend myself. Because right before Kelly walked into his office and appeared to have grabbed something and walked back out with his hand behind his back. **Which hand?** I believe it was his right.

That was when the kids stepped in and said we can use what he has offered it will work**. So they tried to defuse it?** Yes that's when Kelly said he did have stuff they could use like bigger blankets but usable. That was when I walked away and Alvin walked over to building A to smoke a cigarette.

**How do you know that?** Cause when I walked out I saw him. I went and got in my car and left. I pulled through the gate and immediately called John. **John who?** Pinkerton. I told him to meet me outside and he did.

**What did you tell him?** I told him the entire conversation except him using the N word but I did tell him the disrespect.

**Why did you not**? Cause I felt like he did not or would not care. Based on his body language of what I was telling him it was like talking to a blank. Two things stuck out 1. Nobody wants to buy tools twice 2. You can't make everybody happy.

**There was no apology or empathy?** None at all. No I will get to the bottom of it nothing he just said the two things I mentioned.

**How did it end?** It ended just like that and I pulled away.

**Where did you go?** I came to the Everman office.

**About what time did you arrive?** Before lunch.

**Have you told anyone about this other than John?** Kelly. **Kelly who?** Woods.

**Did you give her all the detail?** No. She told me if I wanted to go official with it to let her know. I told her I would let her but I never did.

**Why did you not get into details with her?** Because of who she is and her connection with everybody here. I really didn't want to say anything but she caught me coming in and I was like I think I am going to just finish out my day here. I just had to release it off my chest. I was just sitting in my office and she had me sit in Sean's area cause all I had was my laptop.

**Other than Kelly did you tell anyone else?** No. Brayden called me cause I was supposed to meet him at the southwest office but I was not there. He called me cause Kelly Porter told him he was pretty sure I was not gonna be coming back. That's when he started poking a Brayden.

**What did he do?** He was making him move stuff and not giving him a place to put it. I told him to just put it in my truck and he said no I put it in your office and locked the door. He told me when he showed up Thursday morning my office door was open the light was on. He said he knows he locked the door.

**Do you know if anything was missing?** No I have not been back since it happened.

**What would like to see happen? Employee was paused and was upset.** The correct title, and a raise I have been here 3 years and not had a raise. I am a tool manager but in UKG they have me as yard help. Kelly and I are the same but he has a mangers title. I have 17 years of experience.

**What would you like to see happen in regards to this situation and what happened? Employee paused and took a deep breath**. I don't know if I can trust them to do anything at this place. I am ok with Kelly and Alvin staying here but I know he will back door me I want to be safe and put in the right position. An apology is cool but how good is it if you shooting me the finger while you're giving it to me and it ain't genuine.

**Anything else you would like to add? Employee started in silence**. Well you have it and you have the timestamp for the noose in my office so that has been my dealings with this company since I got here. Racial jokes about black people in group setting and we are expected to laugh about it. I do not know how you clean that up. It is too deep rooted in this company and industry.

**Who told the jokes?** Older gentleman he was a truck driver and everybody knew about it. It went to the president of the company Darryl Hallmark.

**Did he do anything?** He gave him 3 day off without pay. The did not want to fire him cause he was old.

I do not trust Kelly cause of her connection to John and Adam. Adam who? Adam Campbell. I feel like everything I tell her she will go back and tell them what is going on. Even with Alicia. Like yesterday I told Kelly I did not want to go official I need time but she called me yesterday with Alicia on three way. They bombarded me with questions. She is a nice person but everything you tell her in confidence is not in confidence.

**Interview ended at 5:02 pm**

Tony Gillis Investigation
Amy Kohrman
February 17, 2023 PLH office 119
Time: 9:34 am

Amy Kohrman stated that Wednesday Kelly Porter came and got Braydon Jones and took him in the back office. Braydon came back to the front and said Kelly took him back to the tool room and chewed him out about this is my shop it was is not going to be like this etc.

Wednesday Braydon was here and Tony left and did not tell me he left. He called me and said he left and that Braydon was going to come in. Braydon stopped and got him and I chicken for lunch. He did not come through the building like he would normal and let me know he was leaving. It was like he left abruptly. He must have went through the back. It was not like him to leave and not tell me.

When he called me I asked him did you leave. He said I have to go. I am going to Everman. I responded I did not even see you leave.

I asked Amy to email me the roster for Crew 534. She asked me if I wanted her to email it to me. I responded yes.

**Interview Ended 9:48 2/17/2023**

Tony Gillis Investigation
Braydon Jones
February 17, 2023 PLH office 119
Time: 9:54 am

Wednesday around 2-3 pm. I was up helping Amy and Kelly came and ask if he could have a word with me/. We were working in the front open area by the training room.

Where did he take you? He to me to the shop in the back there. Is it the shop by his office? Yes. What did he say? He say he is pretty sure Tony was not coming back because him and an executive got into it. And that he don't think he is coming back.

What did you say? NOTHING. Did he say anything? He just told me to put up that stuff in Tony's office.

What happened after he told you to put up the stuff in Tony's office? He left. He left you in there? Yes. What did you do? I put that stuff up.

How was his demeanor? He had a little attitude but he didn't use any vulgar language that day.

Has Tony Spoken to you regarding any what happened? Yes he told me yesterday. The day after it happened. What did he tell you? That he got gained up on by 4 dudes and that Kelly went to his office and came back out not sure if he had a gat with him. I don't see a single person that should be like that to Tony especially like that and I was not here.

What else did he Say. He said he had to walk out the building because he had to keep his cool. Did he say who the other people where? Kelly Porter, Alvin (I don't know who that is), and two other guys. He did not know who they were.

Did he tell you they if they used racial slurs? Did they do that to HIM? If he didn't tell me Tony did not tell me that for a raison. It is a reason why he did not tell me! Why do you think he did not tell you that? Because he did not know how I would react to that! He knew I would react and want to defend him. I don't care who it is.

Anything else he told you about this. He told me he told John and as far as I know nothing has been done. John Who? Pinkerton.

Have you had any other experiences with Kelly Porter since he pulled you in the office Wednesday? A little bit ago today but it was nothing bad. I try to avoid him. Kelly is not a good dude. He is bad. He is mean.

When you say he is bad what do you mean? He ain't a good person! What makes him not a good person? The way he treats others around him. He cusses people out, he is aggressive always blowing spoke when he smokes in the shop.

Have you ever seen him be aggressive and cuss people out? Other than me. I have had other people come to me and tell me about it. I have had people from other companies come to me and tell me. I have had women come tell me? Women here? Stephanie. Who is Stephanie?

Some white lady that works up in the front? About how long ago did she tell you that? Last week, Friday. What did she say. She was trying to get a box that belonged to her and he started questioned her about what was in the box and he took her box and cut it open and then started ripping at her? What does that mean? Ripping her ass, like cussing her out! What was his reason he cussed her out? The clothes were not right the FR or something. You would have to ask her.

When you said people outside of the company have told you stuff about him who? A guy named Dan or Don. He works for TLR. What kind of company is that? It is a hydrolic service company. He was the first person to tell me about that dude before I even met him.

What did he tell you? He told me that Kelly called him at home on his cell and started cussing him out. His wife hurd it cause he put it on speaker phone. How long ago was that? Since he told me it has been about a month in a half. Did he tell you anything else? No he said he lost business with this dude he definitely ain't doing no more business with him.

Is there anything else you would like to share about this situation? I think I got everything I go out. Do you feel threatened in any way? Me? Naw.

Employee was advised that this is a formal investigation strickly confidential and not to be discussed with anyone!

**Interview ended at 10:28am**

# CREW 534 ROSTER

| Employee # | First/Last | Title | Division | OH/UG/PS/ECU/BORE | CUSTOMER | Crew | Phase # (Crew) | Foreman | General Foreman | General Superintendent | Director | Phone | Hire Date | Recent Rehire Date | Crew Count | Oncor Location/Area | Oncor Construction Manager |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 301603 | Andrew Byers | Foreman | 6250 | OH Crew | CoServ | 534 | 1715100-534 | Andrew Byers | Donald Weber Stoyer | Cliff Knight | Alvin Craddock | 940-368-9476 | 10/25/2022 | | 1 | | |
| 298687 | Clayton Caley | Journeyman | 6250 | OH Crew | CoServ | 534 | 1715100-534 | Andrew Byers | Donald Weber Stoyer | Cliff Knight | Alvin Craddock | | 7/12/2022 | | | | |
| 296838 | Cody Dodson | Journeyman B | 6250 | OH Crew | CoServ | 534 | 1715100-534 | Andrew Byers | Donald Weber Stoyer | Cliff Knight | Alvin Craddock | | 6/14/2022 | | | | |
| 295463 | Marcus Johnson | Apprentice 3 | 6250 | OH Crew | CoServ | 534 | 1715100-534 | Andrew Byers | Donald Weber Stoyer | Cliff Knight | Alvin Craddock | | 5/17/2022 | | | | |

**Notes:** Contacted the plaintiff at 12:15 informed him that there is only 4 crew members on the 534 roster. Asked the employee if I named of the names on the roster do you think you can possibly remember if the names sound familiar? Employee response " I don't know."

Three names were named off two names were recognized.

- **Marcus Johnso**
- **Cody Dodson**
- **Clayton Caley**

Call Ended at 12:17pm 2.17.23

Tony Gill
February 20, 2023

An incident between Alvin Craddock, Kelly Porter and I occurred on Wednesday February 15th around 10 – 10:30 am in Building B at Great Southwest Parkway in the breakroom between Kelly and my office. Kelly Porter, Alvin Craddock, and two younger gentlemen that work for crew 534 were in the breakroom before I got there; they were waiting on me. I told the guys I was not sure if I had what they were looking for. The 2 guys were with Kelly the rest of the time once they left me. I started walking to my office to get my bag. I was stopped and confronted by Alvin. He asked me about tooling for crew 534 and I said let me get with the vendor and get an ETA on the tools for him. He said that Kelly already contacted the vendor and told Kelly that the tools were already delivered. At that moment I could not verify if that were true or not because I was not included in the conversation between Kelly and the vendor and I did not have any tracking information in front of me at that time. Also, I did not know who the vendor was because I was only provided with a snippet of what was missing or delayed. It escalated from there and the questions Alvin was asking he felt he already knew the answers too. So, he never gave me a chance to investigate the situation or explain before getting irate. Alvin stated that he ordered the tools 4 months ago but the quote for the tools was dated 1/27/23, which means the order would have been placed that day or after that date. He was very loud for us to be in a small room, and I am sure he could be heard throughout the building. I tried to deescalate the situation so, but I was confused as to why he was so angry. I asked him, "what you are looking for was it a complete order or bits and pieces." Alvin replied, well, I sent you an email! Which he sent minutes before the incident and the conversation. So, I pulled up the email on my phone and tried to look at the email hoping he would give me a chance to investigate the matter for him. Well looking at the email he continued yelling. I asked Kelly if he had the items in stock that they could use until the ordered items came in. Kelly said no. Alvin replied that the tooling should not come from Kelly they should come through me WHERE ARE THEY?!!!!! His exact words were "WHERE THE FUCK ARE THEY!" I said I am not sure you know I am moving, right? Still, I remained calm because my attempt was to calm him down. Keep in mind I never met him before, so I just felt like by his demeanor and how he was talking he was a hot head. So, I intentionally did not yell and kept my cool. Plus, I am not a yelling person, so it was easy for me to do. Also, I deal with his type a lot in this company. However, in this case, my calm and cool attitude pissed him off even more. Then he said what that had to do with my tooling! Yelling again. I responded they could be here or at another location. I also said it is just me. I do not have help. Alvin said he did not care! He said, what matters to him was his guys having the tooling to do their job! To which I totally understand and so I started looking at the sheet and giving him other material, he could use to help complete the job. He stated he did not want those items he was yelling I WANT WHAT I PAID FOR!!!! I said I understand that, and I get it, you want what you paid for and that is when the two young guys stepped in to try to intervene by saying they could use the items that I was suggesting for temporary use. That is when he just escalated and went on a tangent about me being incompetent, stupid, and not knowing my job. He got even louder and more demanding about what he wanted and when he wanted it. He walked up to me fast yelling and screaming! He was yelling it should not take that long for tools to

come in and that I should have a better way! He got demeaning. I told him to hold up and do not talk to me that way! He started belittling me again about me not knowing my job. He said that he liked what Kelly did and that I was not organized. I said he did not understand how I work; I try to point out to him that I work out of shipping containers and do not have space like Kelly and at times some of my items are stored outside because of lack of storage space. He stated he did not care. He said that the bottom line is his guys have been waiting on tools for 4 months. I stated I will find out for sure where his stuff is at. The crazy thing is most of the items in questioned were delivered yesterday in Everman. I sent an email to John and Alvin and let them know that the only thing missing was a chainsaw. No one replied. I told Alvin things do come up missing and are pilfered all the time at this location. He said I am not paying for NOTHING! Then he started walking up in my face and I said hold up man do not start walking up in my face. He continued to do so with his fist balled up to his side as if he were going to punch me if I said the wrong thing or something. He said what you going to do about it (or words to that effect)! He wanted to make me angry, and he wanted me to hit him because he said come on, do it. I want you to DO IT (I felt like I was being provoked into doing something that was not really in my nature to do)! That is when I tried to take off my backpack, but it would not come off. Because I thought we were going to go to blows and I needed to be able to defend myself, just before the altercation got to this point, I saw Kelly walk into his office and appeared to have grabbed something and walked back out with his hand behind his back. Finally, one of the Alvin's crew members said they could use what I had offered, that's when Kelly finally admitted that he could help them out as well. Keep in mind at first Kelly said he did not have anything that would work for them. After that, that was when I walked away, and Alvin walked over to building A to smoke a cigarette. I got in my truck and left. I pulled through the gate and immediately called John Pinkerton. I told him to meet me outside and he did. I told him most of the conversation, and how disrespectful and demeaning Alvin was toward me. John said, nobody wants to buy tools twice and he gets it. He also said that I cannot make everybody happy. John said he would find the underlying cause of it. It ended just like that, and I pulled away I came to the Everman office. Braydon called me because I was supposed to meet him at the southwest office, but I was not there. He called me cause Kelly Porter told him he was quite sure I was not going to be coming back. Also, he told Braydon to get my tools out of his area because he did not want us using his space. So, I told Braydon to put everything in my office. In this situation I felt the attack by Alvin was personal and he wanted to provoke me into a fight by hitting him so that I could lose my job.

**Tuesday February 20, 2023**

**Phone Conversation between Chase Newton and Kelly Wood**

Chase Newton confirmed that the was a witness during a conversation between Alvin Craddock, Kelly Porter, Tony Gill

At PSC Yard, Cody got a digger truck and went on his way. Then AJ and Chase proceed to go to the PLS office since Tony was moved over there to get tools that were ordered about 1 – 2 months ago.

They got to the PLC office in the breakroom waiting on Tony and Kelly Porter ask what they were waiting on they said Tony. Kelly Porter then said, I will help you. So went to the warehouse looking for the tools and they didn't find everything needed, so Kelly called the Vendor and the Vendor said everything delivered and nothing on Backorder. Apparently there has been some frustration regarding getting tools, etc. Kelly Porter sends and email to Alvin said there is another situation regarding tooling issues but these guys are here at the PLS office. So Kelly Porter take them (AJ and Chase) to Alvins' office. They start talking and seem frustrated, as it does appear that the this is the 1st time this has happened with Tony. No expression of frustrated with anybody, but a frustration of where are the tools that are needed to do the job. They highlight a list of tools missing from a list that Alvin had and Alvin emails to someone. They go back to the warehouse and Tony finally comes up and Tony has his backpack with him looks like he is leaving. Chase said that Alvin asked Tony, 'hey what's going on…. ".

(At this point Alvin doesn't know that Kelly Porter had already reached out to the vendor and the vendor let Kelly Porter know that everything had been delivered and nothing on backorder)

There was some words exchanged at this point. Chase said that Tony shouted out Mother F'er and then Alvin shouted it back.

The only reason it came down to this way is that Tony was kinda being smart guys (in a smart butt way), saying 'What's the problem, I've done this for these guys' and Alvin said the problem is there is this stuff being ordered for the guys and it's not here when they come to pick it up and not have to come back to me and asking.

Chase states that Alvin was very professional the whole time until Tony called him a M F'er and Alvin said What do you mean Mother F'er. That was Alvin's response and Tony stepped up into Alvin's face and Alvin Stepped in Tony's face and it De-Escalated very very quickly after that.

Tony told him (Alvin), look I need this job I'm not going to do this with you. I'm trying to get on the same page. Tony started saying how he has been by himself this whole time for the crews and GF's and trying to get stuff for them and how he is stressed out and how Pinkerton (John Pinkerton) is on him to get out of the Everman office my February 27th, put everything on hold and move. Told just gave a story about how he is overwhelmed right now.

Chase stated that Alvin asked him, 'What do I need to do for you to get you help, what do I need to do? Kelly (Porter) is here right now, what do I need to do to get you help past that. They are split, Kelly Porter handling PLS and Tony Gill handling PSC.

Chase stated that Tony responded with 'Nothing, I just need you to back off my throat a little bit, let me get moved. I'm going on vacation for a little while and when I get back things are going to start getting more organized and I don't know this warehouse.. etc..

**Final Comments by Chase:**

Chase stated at the end of the conversation that they (Alvin and Tony) did De-escalate it very very quickly once they got into each other's face they.

No one standing around didn't have say anything or didn't have to intervene in the confrontation, they would have, if necessary, but it didn't get to that point.

Per Chase, Alvin and Tony ended with a handshake and cordial.

I asked about any other profanity and Chase stated only thing he heard was Mother F'er by both Tony and Alvin.

I asked if racial slurs were used at any time and Chase said 'by no means, no racial slurs, not even close'

Crew 534

**<u>Andrew Byes (AJ) Foreman – At the PLS Office Witness - 940-368-9476</u>**

Stated to me over the phone that he was there but didn't really hear or witness anything

**<u>Chase Newton (JY) – At the PLS Office Witness – 945-201-2788</u>**

Phone Conversation Statement above.

Cody Dodson – Not a Witness

Marcus Johnson - Not a Witness

**Kelly Wood**

**From:** Leigh Anne Baker
**Sent:** Tuesday, February 21, 2023 9:19 AM
**To:** Kelly Wood
**Subject:** RE: Statement

This is correct.

And I was racking my brain trying to think of where this would have even come from and the only thing I can think of is I was talking to Amy about a Light that is missing from one my POC jobs. We got the invoice, but the guys in the field never received the light. I told Amy I don't think he is stealing I just think Tony is unorganized or giving the tools to others that just come in and ask for them but didn't order them. Amy agreed that he was unorganized and that was the end of the conversation.

Thank you,
Leigh Anne Baker
Project Controls
Primoris T&D
2100 Great Southwest Parkway
Fort Worth, Tx 76106
M: Redacted
Leigh.Baker@prim.com
www.prim.com

**From:** Kelly Wood <Kelly.Wood@prim.com>
**Sent:** Tuesday, February 21, 2023 9:08 AM
**To:** Leigh Anne Baker <leigh.baker@prim.com>
**Subject:** Statement
**Importance:** High

Good morning Leigh Anne,

Per our phone conversation this morning, you stated that you heard that Tony and Alvin had words and 'gotten into it', but no details of their conversation or what words had been said. You said that you don't know why they had a conversation or what it was about.

I asked you if you if you said anything to anyone about Tony being a thief. You stated that you did not say those words/statement to anyone.

I asked you if you heard any rumors that Tony is a thief and you stated that you have not heard anything about this.

Can you please confirm I have your statement correct? If I misunderstood or you need to change or add anything please do so.

Thank you,

Kelly Wood
*HR Manager*

**Primoris Utilities & Distribution Group**
9001 Primoris Ct
Fort Worth, Tx 76140
**Direct:** 469-484-5802 (preferred)
Cell: Redacted
Fax: 682.233.9012
www.prim.com

Primoris

*"Primoris, building America's future, today."*

**Tuesday February 20, 2023 –**

**Phone Conversation between Leigh Anne and Kelly Wood the 2nd Time**

Leigh Anne did admit to speaking to Amy after we first spoke and asked Amy if she said anything. She stated that she did that as she was trying to figure out what was said as she was racking her brain.

Conversation started about invoice received and Tony hasn't answered emails about the light missing so they can respond to AP regarding this invoice. So she asked John to reach out Tony so they can find out where the light is.

Leigh Anne stated that she never to Amy that someone was accusing him (Tony) of stealing or that she said that Tony wouldn't be here much longer.

**Monday February 20, 2023**

On Monday afternoon, I was leaving the office to go home and Tony opened the building door for me and helped me with my bags to my car. Tony then told me that Amy had stopped by and dropped something off here, after leaving the PLS office. I said, I thought I had saw her car. He then shared with me that Amy told him he was being accused of theft. I just looked at him and said really? She was told that, or someone said that to her? He said yes. I told him that Alicia was still in her office and that I suggest he go and speak with her. Tony walked off and I left.

**Tuesday February 21, 2023**

Alicia shared with me the conversation with Tony and asked me to look into who said he was stealing.

**<u>Phone Conversation between Amy Kohrman and Kelly Wood</u>**

I called Amy to get more details and ask her what had been said and to get her reason as to why she told Tony this information. She stated it was a conversation between herself and Leigh Anne Baker.

Below is a recap of my conversation with Amy.

Amy said that Leigh Anne Baker came to her asking about an order for a light. The conversation started about tools missing that were ordered for Alvin and not being about to find a light that was ordered but received the invoice for it.

Leigh Anne wanted to know if Amy had seen the light and Amy said no. Leigh Anne made a comment about Tony not being the most organized person. Amy said she isn't going to disagreed to that.

Then Amy stated to me that Leigh Anne said to her: 'They think Tony is stealing tools."

Amy said why do you think that?

Leigh Anne said Alvin's tools are missing and they don't know where they are and he might not be here much longer.'

I asked who is 'They are' or who she was referring too and Amy said she doesn't know.

This upset Amy, as she said to me that is not how Tony is and wouldn't do that. So, hence why she told Tony on Monday night about the missing tools and stealing. She was giving him a heads up. She did not disclose to him that Leigh Anne stated he might not be here much longer.

Amy is worried about losing her job, because she stated that Leigh Anne will be her boss in a couple of weeks.

**From:** Kelly Wood [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=87A0706E9ACA4E6CB84BE9CA793FA6AF-MIGTX_KELLY]
**Sent:** 3/3/2023 9:28:39 AM
**To:** Jackie Hendrick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=090b87bca1f34cd8a405d7a47ce4cf98-Jackie Hend]
**CC:** Alicia Campbell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05745a86168f439fbee33fee4d14ef73-Alicia Camp]
**Subject:** Tony Gill Investigation
**Attachments:** Tony Gillis Investigation_Tony Gill (Revisit)_2.20.23.docx; 20230302_Tony Gill February 20, 2023.pdf; Tony Gill Investigation conversation with Chase Newton and Kelly Wood.pdf; Crew 534 - Tony Gill Investigation .pdf; To whom it may concern.docx

Good morning Jackie,

I have resent the statements regarding Tony Gill and Alvin Craddock investigation. Employees involved were Tony Gill, Alvin Craddock, Andrew Byers (AJ), Chase Newton. I have also attached the Crew 534 list.

Tony Gill
Originally interview by Charlotte and she composed the statement. I interviewed Tony with Jaritza Hernandez as a witness where he stated that he wanted to retract what Charlotte turned in and submit a statement in his own words. I told him that his statement was different than what he said in his interview with Charlotte and he said yes he knew that, but his revision was his own words. In Tony's revised submitted statement he does not reference any racial slurs or mention of anyone using the N Word.

Alvin Craddock
I interview Alvin over the phone, and have attached his statement that he submitted.

Andrew Byers (AJ)
I interviewed AJ, the foreman, over the phone, but AJ stated he didn't want to provide a statement as he didn't hear anything.

Chase Newtown
I interviewed Chase and have attached his statement that I wrote based on the phone conversation between us.

**Recap:**

The initial complaint was brought up that a conversation where the 'N' word was used during a verbal communication between Tony Gill and Alvin Craddock. Upon investigating and statements provided reflect the 'N' word was not used or mentioned.

**Recommendation:**

I recommend that John Pinkerton address with Tony and Alvin conflict resolution and how to handle in a professional manner in the workplace conflicts that might arise and learn to respect others. Take classes in PSC Learn or find a class that would assist PSC leadership and employees to understand DE&I.

Thanks,

Kelly Wood
*HR Manager*

**Primoris Utilities & Distribution Group**
9001 Primoris Ct
Fort Worth, Tx 76140
**Direct:** 469-484-5802 (preferred)
Cell: Redacted
Fax: 682.233.9012
www.prim.com

*"Primoris, building America's future, today."*

Tony Gillis Investigation
Tony Gillis
PSC Everman Office Small Conference Room
February 20, 2023
Time:

**HISTORY**:

Sunday February 19th, 2023 I received a text message from Tony Gill that stated he could not sleep going over the scenario and that he wanted to remove two things from his statement because now he cannot recall him saying the N word and second keep in mind I didn't see anything in Kelly's hand. Everything else he was 100% about.

Monday morning February 20, 2023. I met with Tony to re-interview and revisit his statement.

What you received from me is me trying to release/remove it so that it could take the pressure off me.

Mr. Gill we want to report the TRUTH and only the truth. So my question to you is was the N word used yes or no? Yes. What happened to me that day is what happens to me on a daily bases all the time. I just never say anything I just leave it alone and it is handled on the back end.

When you say on the back end what does that mean? When it happens they will tell whoever is involved anytime you have to deal with Tony come to me and I will go to him.

I don't have any enemies in this industry I may have people who do not like me. I normally de-escalate everything. That is just how I am.

So your retraction was for what reason? Nothing is going to change we both are going to be here and nothing is going to change he is going to be here. So to make it easier on my so I know how to deal with them moving forward.

To be honest I was warned about this them both Kelly and Alvin both. Who warned Donny Sadowsky, at truck driver Dole the head of fleet even John said he did not care for.

He felt like the information was already out there and out of his control because he can tell by the emails they are handling him differently and not mentioning Alvin or his crews.

Charlotte I have no reason to lie or to escalate or make something worse than what it is. IF anyone knows me knows my history and family background none of this type of stuff falls in my family tee so when you call me that that is not a way to approach me. It's just stupid and doesn't make sense and not something that I would do. And it does not make any sense.

**Meeting ended at 9:38**

Tony Gill
February 20, 2023

An incident between Alvin Craddock, Kelly Porter and I occurred on Wednesday February 15th around 10 – 10:30 am in Building B at Great Southwest Parkway in the breakroom between Kelly and my office. Kelly Porter, Alvin Craddock, and two younger gentlemen that work for crew 534 were in the breakroom before I got there; they were waiting on me. I told the guys I was not sure if I had what they were looking for. The 2 guys were with Kelly the rest of the time once they left me. I started walking to my office to get my bag. I was stopped and confronted by Alvin. He asked me about tooling for crew 534 and I said let me get with the vendor and get an ETA on the tools for him. He said that Kelly already contacted the vendor and told Kelly that the tools were already delivered. At that moment I could not verify if that were true or not because I was not included in the conversation between Kelly and the vendor and I did not have any tracking information in front of me at that time. Also, I did not know who the vendor was because I was only provided with a snippet of what was missing or delayed. It escalated from there and the questions Alvin was asking he felt he already knew the answers too. So, he never gave me a chance to investigate the situation or explain before getting irate. Alvin stated that he ordered the tools 4 months ago but the quote for the tools was dated 1/27/23, which means the order would have been placed that day or after that date. He was very loud for us to be in a small room, and I am sure he could be heard throughout the building. I tried to deescalate the situation so, but I was confused as to why he was so angry. I asked him, "what you are looking for was it a complete order or bits and pieces." Alvin replied, well, I sent you an email! Which he sent minutes before the incident and the conversation. So, I pulled up the email on my phone and tried to look at the email hoping he would give me a chance to investigate the matter for him. Well looking at the email he continued yelling. I asked Kelly if he had the items in stock that they could use until the ordered items came in. Kelly said no. Alvin replied that the tooling should not come from Kelly they should come through me WHERE ARE THEY?!!!!! His exact words were "WHERE THE FUCK ARE THEY!" I said I am not sure you know I am moving, right? Still, I remained calm because my attempt was to calm him down. Keep in mind I never met him before, so I just felt like by his demeanor and how he was talking he was a hot head. So, I intentionally did not yell and kept my cool. Plus, I am not a yelling person, so it was easy for me to do. Also, I deal with his type a lot in this company. However, in this case, my calm and cool attitude pissed him off even more. Then he said what that had to do with my tooling! Yelling again. I responded they could be here or at another location. I also said it is just me. I do not have help. Alvin said he did not care! He said, what matters to him was his guys having the tooling to do their job! To which I totally understand and so I started looking at the sheet and giving him other material, he could use to help complete the job. He stated he did not want those items he was yelling I WANT WHAT I PAID FOR!!!! I said I understand that, and I get it, you want what you paid for and that is when the two young guys stepped in to try to intervene by saying they could use the items that I was suggesting for temporary use. That is when he just escalated and went on a tangent about me being incompetent, stupid, and not knowing my job. He got even louder and more demanding about what he wanted and when he wanted it. He walked up to me fast yelling and screaming! He was yelling it should not take that long for tools to

come in and that I should have a better way! He got demeaning. I told him to hold up and do not talk to me that way! He started belittling me again about me not knowing my job. He said that he liked what Kelly did and that I was not organized. I said he did not understand how I work; I try to point out to him that I work out of shipping containers and do not have space like Kelly and at times some of my items are stored outside because of lack of storage space. He stated he did not care. He said that the bottom line is his guys have been waiting on tools for 4 months. I stated I will find out for sure where his stuff is at. The crazy thing is most of the items in questioned were delivered yesterday in Everman. I sent an email to John and Alvin and let them know that the only thing missing was a chainsaw. No one replied. I told Alvin things do come up missing and are pilfered all the time at this location. He said I am not paying for NOTHING! Then he started walking up in my face and I said hold up man do not start walking up in my face. He continued to do so with his fist balled up to his side as if he were going to punch me if I said the wrong thing or something. He said what you going to do about it (or words to that effect)! He wanted to make me angry, and he wanted me to hit him because he said come on, do it. I want you to DO IT (I felt like I was being provoked into doing something that was not really in my nature to do)! That is when I tried to take off my backpack, but it would not come off. Because I thought we were going to go to blows and I needed to be able to defend myself, just before the altercation got to this point, I saw Kelly walk into his office and appeared to have grabbed something and walked back out with his hand behind his back. Finally, one of the Alvin's crew members said they could use what I had offered, that's when Kelly finally admitted that he could help them out as well. Keep in mind at first Kelly said he did not have anything that would work for them. After that, that was when I walked away, and Alvin walked over to building A to smoke a cigarette. I got in my truck and left. I pulled through the gate and immediately called John Pinkerton. I told him to meet me outside and he did. I told him most of the conversation, and how disrespectful and demeaning Alvin was toward me. John said, nobody wants to buy tools twice and he gets it. He also said that I cannot make everybody happy. John said he would find the underlying cause of it. It ended just like that, and I pulled away I came to the Everman office. Braydon called me because I was supposed to meet him at the southwest office, but I was not there. He called me cause Kelly Porter told him he was quite sure I was not going to be coming back. Also, he told Braydon to get my tools out of his area because he did not want us using his space. So, I told Braydon to put everything in my office. In this situation I felt the attack by Alvin was personal and he wanted to provoke me into a fight by hitting him so that I could lose my job.

**Tuesday February 20, 2023**

**Phone Conversation between Chase Newton and Kelly Wood**

Chase Newton confirmed that the was a witness during a conversation between Alvin Craddock, Kelly Porter, Tony Gill

At PSC Yard, Cody got a digger truck and went on his way. Then AJ and Chase proceed to go to the PLS office since Tony was moved over there to get tools that were ordered about 1 – 2 months ago.

They got to the PLC office in the breakroom waiting on Tony and Kelly Porter ask what they were waiting on they said Tony. Kelly Porter then said, I will help you. So went to the warehouse looking for the tools and they didn't find everything needed, so Kelly called the Vendor and the Vendor said everything delivered and nothing on Backorder. Apparently there has been some frustration regarding getting tools, etc. Kelly Porter sends and email to Alvin said there is another situation regarding tooling issues but these guys are here at the PLS office. So Kelly Porter take them (AJ and Chase) to Alvins' office. They start talking and seem frustrated, as it does appear that the this is the 1st time this has happened with Tony. No expression of frustrated with anybody, but a frustration of where are the tools that are needed to do the job. They highlight a list of tools missing from a list that Alvin had and Alvin emails to someone. They go back to the warehouse and Tony finally comes up and Tony has his backpack with him looks like he is leaving. Chase said that Alvin asked Tony, 'hey what's going on.... ".

(At this point Alvin doesn't know that Kelly Porter had already reached out to the vendor and the vendor let Kelly Porter know that everything had been delivered and nothing on backorder)

There was some words exchanged at this point. Chase said that Tony shouted out Mother F'er and then Alvin shouted it back.

The only reason it came down to this way is that Tony was kinda being smart guys (in a smart butt way), saying 'What's the problem, I've done this for these guys' and Alvin said the problem is there is this stuff being ordered for the guys and it's not here when they come to pick it up and not have to come back to me and asking.

Chase states that Alvin was very professional the whole time until Tony called him a M F'er and Alvin said What do you mean Mother F'er. That was Alvin's response and Tony stepped up into Alvin's face and Alvin Stepped in Tony's face and it De-Escalated very very quickly after that.

Tony told him (Alvin), look I need this job I'm not going to do this with you. I'm trying to get on the same page. Tony started saying how he has been by himself this whole time for the crews and GF's and trying to get stuff for them and how he is stressed out and how Pinkerton (John Pinkerton) is on him to get out of the Everman office my February 27th, put everything on hold and move. Told just gave a story about how he is overwhelmed right now.

Chase stated that Alvin asked him, 'What do I need to do for you to get you help, what do I need to do? Kelly (Porter) is here right now, what do I need to do to get you help past that. They are split, Kelly Porter handling PLS and Tony Gill handling PSC.

Chase stated that Tony responded with 'Nothing, I just need you to back off my throat a little bit, let me get moved. I'm going on vacation for a little while and when I get back things are going to start getting more organized and I don't know this warehouse.. etc..

**Final Comments by Chase:**

Chase stated at the end of the conversation that they (Alvin and Tony) did De-escalate it very very quickly once they got into each other's face they.

No one standing around didn't have say anything or didn't have to intervene in the confrontation, they would have, if necessary, but it didn't get to that point.

Per Chase, Alvin and Tony ended with a handshake and cordial.

I asked about any other profanity and Chase stated only thing he heard was Mother F'er by both Tony and Alvin.

I asked if racial slurs were used at any time and Chase said 'by no means, no racial slurs, not even close'

Crew 534

**Andrew Byes (AJ) Foreman – At the PLS Office Witness - 940-368-9476**

Stated to me over the phone that he was there but didn't really hear or witness anything

**Chase Newton (JY) – At the PLS Office Witness – 945-201-2788**

Phone Conversation Statement above.

Cody Dodson – Not a Witness

Marcus Johnson - Not a Witness

**To whom it may concern.**

On Wednesday 2/15/2023 at 10:20am it was brought to my attention that a crew has not received the tooling for their crew (Crew 534on CoServ AJ Byers and Clayton Caley). Kelly Porter sent me the order that was made for the crew. Then walked the crew into my office to figure out what was missing. I took a screen shot of the highlighted tooling asking Tony Gill and John Pinkerton where the tools were. Kelly left back to building B. The crew and I waited for a response. I did not get a response. Then crew and I agreed to go look in the PLS tooling to see if we could find this missing tooling. We walked into building B, by Kelly and Tonys office (the west side entrance). Kelly Opened the door. (All of the tooling doors self-lock when closed) We started discussing the tooling that PLS had available to fill the tooling needs. Tony walks into the room. The rest of the conversation goes as follows.

- **Me**- Hey Tony, I sent you an email for some tooling that this crew is missing. Crew 534 in Denton
- **Tony**- Oh let me look
- **Me**- I highlighted the missing tooling. Can you tell me where they are? The crew needs the tooling. They are held to a standard to work safely while making a profit. Some of the tooling that is on that list is safety equipment that is required by PSC to perform the work. I need to make sure you (Tony) understand that. Do you have a process for the tooling that is ordered?
- **Tony**- Looking at the email on his phone saying "that tooling is on back order"
- **Me**- Why do I not know that? Do you feel that its important for me to know I'm going to have a crew out there without the tools and safety equipment they need to do the job? Do you have a process to let us know about tooling that backordered? That's important for me to know.
- **Tony**- There is one of me and a ton of you. I am by myself.
- **Me**- There is 3 of me Scott Baker, Russell Baker, and myself. 3 Directors. We answer for our P&L is our businesses. Just like I answered for the 15k in tooling for this crew. We need the tools.
- **Tony**- There on back order.
- **Me**- I need those tools, Tony. I repositioned myself close to Kelly and the crew from around a table,
- **Tony**- What the fuck do you want to do BOY?
- **Me**- What do you mean "what do I want to do"
- **Tony**- What the fuck do you want to do BOY? You know what I want to do but I can't lose my job.
- **Me**- Tony what are we going to do about the missing tooling?
- **Tony**- These tools are on back-order, I will call my vendor and check on them.
- **Kelly**- Sorry but all the tooling was delivered I checked with the vendor Alvin before I sent the list to you earlier. If you remember that's what I told you when I brought the crew into your office.
- **Tony**- What do you want me to do?
- **Me**- I want you to do your job and get the tooling for this crew. Kelly, can you find some tooling for this crew so they can get back to work?
- **Kelly**- Yes sir I will see what I can do.
- **Me**- Thank you!

I walked out of building B back to my office packed my laptop up and told John P, I will be working from home the rest of the day.

# PLAINTIFF'S EXHIBIT 33

**Sent:** 2/20/2023 3:43:56 PM
**To:** Alicia Campbell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05745a86168f439fbee33fee4d14ef73-Alicia Camp]
**Subject:** Conversation
**Attachments:** Charlotte Conversation Snippet_02202023.PNG

*Shunte' Curtis*
*Manager, Human Resources*
3325 Innovative Way
Mesquite, TX 75149
Cell: Redacted
Office: 972-329-6400 ext: 64355
shunte.curtis@prim.com
www.future-infrastructure.com

**Charlotte Chapman-Byrd** 2:50 PM
Hello Shunte. Have you rolled out your goals to Naomi?

2:53 PM
No, I've only submitted them to Alicia for discussion and review. Naomi is working on hers to submit to me.

**Charlotte Chapman-Byrd** 3:02 PM
I would like for her and Tessa's goals to align. Do you mind sharing your focus areas?

3:16 PM
These are individual goals. The only goal that I shared with Naomi that she might want to consider is to enhance the orientation for the new hire's experience and that is because that's one of the main feedback that Jackie has shared with us that she wants and OPS wants as well. Perhaps that is a departmental goal that they can be in alignment with, but I am preparing Naomi to be promoted to Generalist, which is why she's been sent to the Employment law seminars and she works closely with me for day to day and ER issues. I'm not sure if that is the next step for Tessa since her sole responsibility is onboarding. So, her individual goals will most likely not be in alignment with Tessa's. Because there have been so many changes and a clear direction of where we're taking the HR department as a whole this year hasn't been really communicated, I have simply made goals that I can personally control for Future and B Comm. They're mainly Metrics based, training managers and building relationships with them to learn and understand the business even more and increasing employee engagement and communication.

**Charlotte Chapman-Byrd** 3:25 PM
Shunte I do not know what direction we are going here. We had a director call an employee the N word and I honestly feel like they are not going to do anything about it since they removed me from the investigation. They are not going to want to move Tessa to a generalist even though she is deserving.

# PLAINTIFF'S EXHIBIT 34

## Harassment, Discrimination , and Retaliation

Stewart Figueroa

To: Russell Davis; Rusty Newell; Sammy Parsons; Sandra Dominguez; Scott Baker; Shannon Hutchison; Shari Payne; Stacy Gleinig; Stephanie Sydow; Stephen Ersek; Steve Wilson; Steven Compton; Stewart Figueroa; T.J. Frazier; Tandra Betts; Taren Meggett; Tina Cozart; Tina Portocarrero; Todd Riley; Tommy Watkins; Travis Lutter; Troy Brooks; Vasili (Bill) Hornyiak; Wayland Chappell; Whitney Benedict; Whitney Williams; Willie Gloria; Wilson Umanzor

Cc: Donny Dewberry; Kristopher Burns; David Coleman; Sam Alleman; Tavis Reber; Eric St. Clair; Gary Mccool; Margie Beltran; Omar Shakir; Shushan Ramos Luria; stewart4543@yahoo.com

Wed 10/30/2024 11:03 AM

I am formally submitting my resignation, effective immediately, due to ongoing discrimination and retaliation I have experienced at Primoris. These issues have created a hostile work environment that has profoundly affected my well-being.

From the start of my employment, Kelly Wood exhibited biased behavior, attempting to isolate me from my Black colleague, Corree, through divisive comments about each other's work. Despite these efforts, Corree and I fostered a positive professional relationship, sharing and comparing the remarks directed at us. Furthermore, we encountered multiple instances of discrimination, including openly racist comments from a colleague, which went unaddressed until that individual made remarks about a Hispanic team member favored by Kelly.

Other colleagues informed us that Kelly and Alicia frequently undermined our abilities, referring to me as "incompetent" and advising team members to avoid working closely with Corree and me. While I was denied advancement and learning opportunities, less tenured and experienced white team members were being covertly prepared for promotions. Disparities in work duties, professional development, and acknowledgment of performance were apparent and troubling.

After Corree and another colleague resigned due to increased discrimination and retaliation, my responsibilities were significantly increased without acknowledgment, while white counterparts received promotions and raises. Additionally, Samantha Alleman, my new supervisor, has not provided adequate training or support for me to succeed in my role. While Samantha has the flexibility to work remotely, the remainder of the team is expected to be physically present in the office, a discrepancy that further highlights inequitable treatment.

Despite a clear record without prior verbal or written warnings, I was placed on a performance improvement plan merely two weeks after I expressed interest in transferring departments. This PIP, unfounded and retaliatory in nature, is the latest in a series of actions designed to hinder my professional growth.

Throughout my time here, Kelly has routinely engaged in gossip, both within and outside our team, undermining staff reputations and sharing sensitive information about investigations involving herself. During these investigations, she received preferential treatment, including advanced notice of allegations and guidance on how to respond, without any form of suspension or consequence.

I am relieved to leave an environment that has been consistently stressful, toxic, and devoid of the fairness and respect every employee deserves. My decision to stay this long was purely out of financial necessity and the support of a few colleagues who made this experience bearable.

I have maintained my professionalism under difficult circumstances, but I can no longer endure the discriminatory practices prevalent at Primoris

*Stewart Figueroa*

HR Coordinator

Primoris T&D

9001 Primoris Ct

Ft Worth, TX 76144

Cell: (469)907-6686

# PLAINTIFF'S EXHIBIT 35

**Sent**: 12/7/2022 1:57:36 PM
**To**: Alicia Campbell [Alicia.Campbell@prim.com]
**Attachments**: Alexis Goluguri_Final Written Warning Notice_12.7.2022.pdf

*Charlotte Chapman-Byrd*
*Manager, Human Resources*
2100 Great Southwest
Fort Worth, TX 75149
Cell: 817-501-4954
Office: 682-777-6994
cchapman-byrd@prim.com

# Employee Warning Notice

AIR2 A PLH GROUP COMPANY ☐ | AUGER SERVICES, INC. A PLH GROUP COMPANY ☐ | PowerLine SERVICES A PLH GROUP COMPANY ☐ | SUN-ELECTRIC A PLH GROUP COMPANY ☐ | TESSCO Energy Services A PLH GROUP COMPANY ☐ | PLH GROUP ☐

## Employee Information

Employee Name: Alexis Goluguri
Date: 12/7/2022
Employee #: 210588
Job Title: HR Coordinator
Manager: Charlotte Chapman- Byrd
Date of Hire: 7/12/2021

## Type of Warning

☐ Written Warning ☐ Suspension ☒ Other: Final Written Warning

## Type of Offense

☐ Tardiness/Leaving Early ☐ Absenteeism ☐ Violation of Company Policies
☒ Job Performance ☐ Violation of Safety Rules ☒ Unacceptable Conduct
☐ Other:

## Details

Description of Infraction:

New Hire Orientation 11/28/2022 – I received a call from Kris Safety training wanting me to confirm new hire groups were not being compensated on Monday's. He stated that Lexi told him that they were. I informed Kris that I do not know why she told him that when we have made it clear that they will not be paid.
12/6/2022 - Alexis left work early without notifying her manager. Alexis sent a Teams messages at 4:07 stating that she was leaving for the day when she had already been gone prior to.

Plan for Improvement:

Employee is to exercise discretion when actioning HR task and decisions. Employee will forward/direct HR inquiries to the her HR manager or HR management team (not answer questions at her own discretion).

Consequences of Further Infractions:

Continued failure to follow attendance and leave procedures, work requirements and directives, and communication guidelines can lead to further progressive disciplinary action up to termination.

## Acknowledgement of Receipt of Warning

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your manager have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.*

*Employee's Signature* *Printed Name* *Date*

*Supervisor/Manager's Signature* *Printed Name* *Date*

**Comments:**



Confidential

**Email Completed Form and any Backup Documentation to hrchanges@plhgroupinc.com**

**Sent:** 12/7/2022 5:07:49 PM
**To:** Alicia Campbell [Alicia.Campbell@prim.com]
**Subject:** RE: Final Written Warning Approval Request - Revised/Updated
**Attachments:** Alexis Goluguri_Final Written Warning Notice_12.7.2022.pdf

Alicia,

See attached updated CA for Alexis. This one includes her leaving early today without notification. I plan to deliver this to her in the morning.

Thanks,
Charlotte

*Charlotte Chapman-Byrd*
*Manager, Human Resources*
2100 Great Southwest
Fort Worth, TX 75149
Cell: 817-501-4954
Office: 682-777-6994
cchapman-byrd@prim.com

# Employee Warning Notice

| AIR2 A PLH GROUP COMPANY | AUGER SERVICES, INC. A PLH GROUP COMPANY | PowerLine SERVICES A PLH GROUP COMPANY | SUN-ELECTRIC A PLH GROUP COMPANY | TESSCO Energy Services A PLH GROUP COMPANY | PLH GROUP |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

## Employee Information

Employee Name: Alexis Goluguri
Date: 12/8/2022
Employee #: 210588
Job Title: HR Coordinator
Manager: Charlotte Chapman- Byrd
Date of Hire: 7/12/2021

## Type of Warning

☐ Written Warning ☐ Suspension ☒ Other: Final Written Warning

## Type of Offense

☒ Tardiness/Leaving Early ☐ Absenteeism ☐ Violation of Company Policies
☐ Job Performance ☐ Violation of Safety Rules ☐ Unacceptable Conduct
☐ Other: ______

## Details

Description of Infraction:

Two days in a row I have gone to speak with the employee regarding work task and Alexis has been gone for the day. 12/6/22 - Went to speak to employee regarding NEO around 3:50 - 3:55 EE was gone for the day. Received Teams message at 4:07 stating she was leaving for the day. 12/7/2022 went to see Alexis to have her start the double booking task for compliance around 4 pm and the EE was already gone for the day without notifying me that she was gone for the day or confirming if there were any task left for completion. Arrival time after 8am.

Plan for Improvement:

Employee is required to arrive and leave work on time according to her specified schedule. Employee is not to deviate from, leave early, or arrive late without notifying management or management approval. All hours worked are required to be accounted for and recorded. You are not permitted to work from home for any reason without the approval of your manager , including making phone calls, processing paperwork, etc.

Consequences of Further Infractions:

Continued failure to follow attendance and leave procedures, work requirements and directives, and communication guidelines can lead to further progressive disciplinary action up to termination.

## Acknowledgement of Receipt of Warning

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your manager have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.*

______
*Employee's Signature* *Printed Name* *Date*

______
*Supervisor/Manager's Signature* *Printed Name* *Date*

**Comments:**

______

______

P's Apx. 490



**Email Completed Form and any Backup Documentation to hrchanges@plhgroupinc.com**

Revised 1/9/2017

**From:** Charlotte Chapman-Byrd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2EC80422697D426C8D6D9EB82054DA18-CHARLOTTE C]
**Sent:** 12/16/2022 12:29:25 PM
**To:** Alicia Campbell [Alicia.Campbell@prim.com]
**CC:** Charlotte Chapman-Byrd [cchapman-byrd@prim.com]
**Subject:** RE: Corrective Action Approval Request - Alexis Goluguri
**Attachments:** Alexis Goluguri_Written Warning Notice_12.16.2022.pdf; Alexis Goluguri_Final Written Warning Notice_12.16.2022.docx

**Importance:** High

Hello Alicia,

See attached two corrective actions for Alexis. Once approved I will deliver these to her today.

1. **Written Waring** – Unacceptable Conduct
2. **Final Written Warning** – Unacceptable Conduct

Thanks,
Charlotte

*Charlotte Chapman-Byrd*
*Manager, Human Resources*
2100 Great Southwest
Fort Worth, TX 75149
Cell: 817-501-4954
Office: 682-777-6994
cchapman-byrd@prim.com

PLH GROUP
PSC
Primoris

# Employee Warning Notice

| A PLH GROUP COMPANY (aIR2) | AUGER SERVICES, INC. A PLH GROUP COMPANY | PowerLine SERVICES A PLH GROUP COMPANY | SUN-ELECTRIC A PLH GROUP COMPANY | TESSCO Energy Services A PLH GROUP COMPANY | PLH GROUP |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

## Employee Information

Employee Name: Alexis Goluguri

Date: 12/8/2022

Employee #: 210588

Job Title: HR Coordinator

Manager: Charlotte Chapman- Byrd

Date of Hire: 7/12/2021

## Type of Warning

☐ Written Warning ☐ Suspension ☒ Other: Final Written Warning

## Type of Offense

☐ Tardiness/Leaving Early ☐ Absenteeism ☐ Violation of Company Policies
☐ Job Performance ☐ Violation of Safety Rules ☒ Unacceptable Conduct
☐ Other:

## Details

Description of Infraction:

Two days in a row I have gone to speak with the employee regarding work task and Alexis has been gone for the day. 12/6/22 - Went to speak to employee regarding NEO around 3:50 - 3:55 EE was gone for the day. Received Teams message at 4:07 stating she was leaving for the day. 12/7/2022 went to see Alexis to have her start the double booking task for compliance around 4 pm and the EE was already gone for the day without notifying me that she was gone for the day or confirming if there were any task left for completion. Arrival time after 8am.

Plan for Improvement:

Employee is required to arrive and leave work on time according to her specified schedule. Employee is not to deviate from, leave early, or arrive late without notifying management or management approval. All hours worked are required to be accounted for and recorded. You are not permitted to work from home for any reason without the approval of your manager , including making phone calls, processing paperwork, etc.

Consequences of Further Infractions:

Continued failure to follow attendance and leave procedures, work requirements and directives, and communication guidelines can lead to further progressive disciplinary action up to termination.

## Acknowledgement of Receipt of Warning

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your manager have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.*

*Employee's Signature* *Printed Name* *Date*

*Supervisor/Manager's Signature* *Printed Name* *Date*

**Comments:**



Confidential Email Completed Form and any Backup Documentation to hrchanges@plhgroupinc.com 

# Employee Warning Notice

AIR2 A PLH GROUP COMPANY ☐ | AUGER SERVICES, INC. A PLH GROUP COMPANY ☐ | PowerLine SERVICES A PLH GROUP COMPANY ☐ | SUN-ELECTRIC A PLH GROUP COMPANY ☐ | TESSCO Energy Services A PLH GROUP COMPANY ☐ | PLH GROUP ☐

## Employee Information

Employee Name: Alexis Goluguri
Date: 12/16/2022

Employee #: 210588
Job Title: HR Coordinator

Manager: Charlotte Chapman- Byrd
Date of Hire: 7/12/2021

## Type of Warning

☐ Written Warning ☐ Suspension ☒ Other: Final Written Warning

## Type of Offense

☐ Tardiness/Leaving Early ☐ Absenteeism ☐ Violation of Company Policies
☐ Job Performance ☐ Violation of Safety Rules ☒ Unacceptable Conduct
☐ Other: ______

## Details

**Description of Infraction:**
EE continues to fail to follow directives from her supervisor. 12/15/22 Alexis sent engage in collaboration with Jason Courtney and the PSC HR team verses following directions and forwarding this information to her manager. EE was also overheard telling someone on the phone that she has already been written up like 3 times and that she could not answer their call after 5 and it was really "fucking up her overtime." It was later determined that she was speaking with an Ops manager. She was also overheard telling separate employee the same thing that she had already been written up 3 times and ask the individual if they had called Charlotte yet. It was later determined that person was a member of safety. It was also reported that the HR office door was asked to be closed by another EE who stated she knew they had a lot of personal conversations could she shut the door because she was having a meeting.

**Plan for Improvement**:

EE is to maintain discretion and a high level of confidentiality. Personal conversations about herself should not take place with staff or others other than her manager at work. EE is to conduct herself in a professional manor as a representative of the PLH/PSC HR team at all times and with every encounter.

**Consequences of Further Infractions**:

Any further misrepresentations or unprofessional behavior will lead to further disciplinary action up to termination.

## Acknowledgement of Receipt of Warning

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your manager have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.*

*Employee's Signature* *Printed Name* *Date*

*Supervisor/Manager's Signature* *Printed Name* *Date*

**Comments:**

**Email Completed Form and any Backup Documentation to** [ HYPERLINK "mailto:hrchanges@plhgroupinc.com" \h ]

Revised 1/9/2017

# PLAINTIFF'S EXHIBIT 36

**Sent:** 1/31/2023 11:03:38 AM
**To:** Jackie Hendrick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=090b87bca1f34cd8a405d7a47ce4cf98-Jackie Hend]
**Subject:** RE: Update: Severance Guidelines

*Thank you Jackie, I have flowed this information down to my team.*

**ALICIA CAMPBELL, SHRM-CP**
Human Resources Director
Utilities South
9001 Primoris Ct,
Fort Worth, TX 76140
Alicia.Campbell@prim.com
W: (469)484-5830
C: Redacted
F: (682)233-9012
www.prim.com

PSC Primoris

***"Primoris, building America's future, today."***

---

**From:** Jackie Hendrick <jhendrick@prim.com>
**Sent:** Tuesday, January 31, 2023 10:44 AM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>; Teresa Berry <TBerry@prim.com>; Monica Cruz <Monica.Cruz@prim.com>; Tracey Smith <tracey.smith@prim.com>; Srinivas Goluguri <sgoluguri@prim.com>; Ryan Mayet <rmayet@prim.com>
**Cc:** Rhonda Anderson <rhonda.anderson@prim.com>
**Subject:** RE: Update: Severance Guidelines

All.

Dan spoke with Moreno and here's a quick update on severance:

- Will be capped at 12 weeks
- EE less than 6 months employment, no severance
- EE greater than 6 months and less than 12 months, 1 week
  - This is applicable for the employees with partial years as well, ie;
    - [redacted] has 5 years and 3 months, he gets 5 weeks
    - [redacted] has 7 years and 9 months, she gets 8 weeks

Dan already shared the update with the Ops leadership team, so making sure to close this out with the HR team.

Jackie

---

**From:** Jackie Hendrick
**Sent:** Monday, January 23, 2023 3:31 PM
**To:** Alicia Campbell <Alicia.Campbell@prim.com>; Teresa Berry <TBerry@prim.com>; Monica Cruz <Monica.Cruz@prim.com>; Tracey Smith <tracey.smith@prim.com>; Srinivas Goluguri <sgoluguri@prim.com>

**Cc:** John Moreno <jmoreno@prim.com>; Rhonda Anderson <rhonda.anderson@prim.com>; David Naro <DNaro@prim.com>; Dennis MacAleese <dmacaleese@prim.com>; Douglas Reeves <Doug.Reeves@prim.com>; Russell Smith <russell.smith@prim.com>; Jake GeBauer <jgebauer@prim.com>; Dan Patterson <dpatterson@prim.com>
**Subject:** Update: Severance Guidelines
**Importance:** High

All,

Change in plans. The topic of severance was revisited again this week for the PLH Utilities PIP project and here is where things landed.

The severance guidelines are:

- Severance packages will be offered to all non-field employees which includes non-union General Foreman and up.
- 1 week for every year of service will be offered. Possible cap under review.
- Signed General Release Agreements will be required before paying out any severance. HR team be sure we have the correct General Release Agreement prepared in advance, therefore work with your Legal counterparts.
- Jake created severance tracking columns for the HR team so we can track the stages of the severance process.

- Teresa/Monica – Please ensure that any union employees who are being released are paid on time and in accordance to the CBA's and the terms of those agreements.

- Any employee who has an Employment Agreement, those severance terms should be followed that is outlined in the agreement.

Jake is still in the midst of fine tuning the PLH PIP Tracking Summary/Labor Review docs. HR team be sure we are using that appointed process to keep our data tracked in one unified place. If anyone has any questions about this subject, please feel free reach out to me.

Jackie Hendrick
Senior Human Resources Director
Primoris Services Corporation
2300 N. Field Street, Ste. 1900
Dallas, TX 75201
C: Redacted
www.prim.com

PSC
Primoris

*"No business objective is so important that it will be pursued at the sacrifice of safety."*

**SEPARATION AGREEMENT AND GENERAL RELEASE**

PLH Group Inc. and each of its respective parents, affiliates, subsidiaries, divisions, successors and assigns and the current and former employees, officers, directors, and agents thereof (collectively referred to herein as "Employer") and Charlotte Chapman-Byrd (date of birth December 19, 1976), his heirs, executors, administrators, successors, and assigns (collectively referred to as "Employee") agree that:

1. **Last Day of Employment**. Employee's last day of employment with Employer, in accordance with Employee's termination by Employer, is February 21, 2023. Employee acknowledges Employee has received all wages and benefits, including any and all vacation, commission and/or bonus pay, due and owing to Employee through the last date of employment, exclusive of outstanding cafeteria plan reimbursements, if any.

2. **Consideration**. In consideration for signing this Separation Agreement and General Release ("Agreement") and compliance with the promises made herein, it is hereby agreed:

a. As good and valuable consideration for this Agreement, Employer agrees to pay Employee the sum of Seven thousand three hundred & seven dollars and sixty-nine cents ($7307.69), less any and all required and ordinary withholdings and deductions. Said payment shall be made by Employer to Employee within fifteen (15) calendar days following execution of this Agreement by Employee.

b. If Employee elects to continue medical coverage under Employer's group health plan in accordance with the continuation requirements of COBRA from and after March 1, 2023, or if Employee elects any other alternative coverage, Employee shall pay for such COBRA, or such other alternative coverage at Employee's own full expense, at the current rate available.

3. **No Consideration Absent Execution of this Agreement**. Employee understands and agrees that Employee would not receive the monies and/or benefits specified in paragraph "2" above, except for Employee's execution of this Agreement and the fulfillment of the promises contained herein.

4. **Revocation**

4.1 Employee understands that this is a full release of existing claims, whether currently known or unknown, including claims for age discrimination under the Age Discrimination in Employment Act and any similar laws prohibiting age discrimination. Employee is hereby advised to consult with an attorney prior to executing this Agreement and, by executing this Agreement, acknowledges that Employee has been afforded at least twenty-one (21) days to consider the meaning and effect of this Agreement and to discuss the contents and meaning of this Agreement, as well as the alternatives to signing this Agreement, with an attorney.

The releases contained in this Agreement do not extend to any rights or claims that Employee has under the Age Discrimination in Employment Act that first arise after the date and time Employee signs this Agreement. Employee and the Company agree that the 21-day period begins on the day and time that this Agreement is delivered to Employee, and that if the Company changes any of the terms of the offer contained in this Agreement (whether the changes

are material or not), the 21-day period will not be restarted, but will continue without interruption.

If Employee signs this Agreement before the 21-day period expires, the 7-day revocation period (described below) will begin immediately. If Employee signs this Agreement before the 21-day period expires, Employee agrees that Employee has knowingly and voluntarily accepted the shortening of the 21-day period, and that the Company has not promised Employee anything or made any representations that are not contained in this Agreement. In addition, if Employee signs this Agreement before the 21-day period expires, Employee agrees that the Company has not threatened to withdraw or alter the offer contained in this Agreement prior to the expiration of the 21-day period.

4.2 Employee has the right to revoke this Agreement within seven (7) days of signing it. To revoke this Agreement, Employee must send a written letter to:

Alicia Campbell
Primoris Services Corporation
9001 Primoris Ct
Fort Worth, TX 76140

This letter must be received within seven (7) days of the date that Employee signs this Agreement, and state, "I revoke my acceptance of our Agreement." In the event Employee revokes this Agreement, Employee shall not receive the payments or other consideration described in paragraph "2" above.

5. **General Release of Claim**. Employee knowingly and voluntarily releases and forever discharges Employer from any and all claims, known and unknown, arising from Employee's employment with Employer, the termination of that employment or any other dealings of any kind between Employee and Employer which Employee has or may have as of the date of execution of this Agreement, including, but not limited to, any alleged violation of and/or claims regarding or relating to any of the following:

a. The Age Discrimination in Employment Act, 29 U.S.C. § 621, et seq.;
b. Any and all claims based upon any form or type of discrimination, retaliation or harassment claims prohibited under Title VII of the Civil Rights Act of 1964, as amended 42 U.S. C. § 2000 et seq.;
c. The Reconstruction Era Civil Rights Act, 42 U.S.C. §§ 1981-1988;
d. The Americans with Disabilities Act, 42 U.S.C. § 12101 et. seq.;
e. The Family and Medical Leave Act, 29 U.S.C. §2601 et. seq;
f. The Equal Pay Act, 29 U.S.C. § 206(d) et seq.;
g. The Lilly Ledbetter Act;
h. The Federal Uniform Service Employment and Reemployment Rights Act;
i. The Federal Fair Credit Reporting Act;
j. The Federal False Claims Act;
k. The Federal Genetic Information Non-Discrimination Act;
l. The Fair Labor Standards Act, 29 U.S.C § 201 et. seq.;
m. The National Labor Relations Act;
n. The Employee Retirement Income Security Act, 29 U.S.C. § 1001 et. seq.;
o. The Federal Worker Adjustment and Retraining Notification Act, 29 U.S.C. 210l, et. seq.;
p. The Federal Sarbanes-Oxley Act;


Bryan 000498

q. The Federal Occupational Safety and Health Act;
r. The Texas Commission on Human Rights Act, Tex. Labor Code § 21.001 et. seq.;
s. Any claims arising under Texas Labor Code § 451.001 et. seq.; and
t. Wage claims arising under Texas Labor Code § 61.001 et. seq.

Employee releases and waives any and all claims, including the above claims, for breach of contract, breach of fiduciary duty, wrongful discharge, promissory estoppel, personal injury, emotional distress, loss of consortium, defamation, fraud and misrepresentation, invasion of privacy, tortious interference with a contractual relationship, and all legal theories of negligence, gross negligence and/or intentional conduct, including hiring or negligent entrustment, any and all claims arising under any other employment agreement that may be in existence, either oral or written, entered into between Employee and Employer, except as otherwise specifically provided in this Agreement, any and all claims arising under any federal, state, or local law or regulation prohibiting employment discrimination or harassment based upon gender, age, race, national origin, sex, disability, marital status, medical condition, or any other basis, retaliation or wrongful termination of any kind, and/or any and all claims restricting Employer's right to terminate Employee or otherwise regulating employment, and any and all claims for costs, fees, or other expenses, including attorneys' fees incurred or claimed in relation to any of the claims released herein, that Employee has or may have, against Employer and all related entities, including each of the released parties to whom and for whose conduct the parties hereby released may be liable, from the beginning of time until the date of the execution of this Agreement. Employee fully releases all claims Employee knows about and those claims Employee may not know about but that occurred prior to the date of this Agreement.

6. <u>**No Claims Exist**</u>. Employee confirms that no claim, charge, complaint, or action exists in any forum or form. In the event that any such claim, charge, complaint or action is filed, Employee shall not be entitled to recover any relief or recovery therefrom, including costs and attorney's fees.

7. <u>**Employer Information and Property**</u>. Except as otherwise set forth in this Agreement, Employee acknowledges that Employee has returned to Employer all Employer Information and property including and without limitation the following: reports, data, plans, projects, files, memoranda, and records and software; credit cards, cardkey passes; door and file keys; safe combinations; computer access codes; disks and instructional or personnel manuals; and other physical or personal property which Employee received or prepared or helped to prepare in connection with Employee's employment with Employer. Employee represents and agrees that Employee has not retained and will not retain any copies, duplicates, reproductions, or excerpts thereof. The term "Employer Information" as used in this Agreement also means: (i) confidential information received by Employer from third parties; and (ii) other Employer technical, engineering, research and development, business, or financial information, the use or disclosure of which might reasonably be construed to be contrary to the interest of Employer; and (iii) any other proprietary information or data which Employee may have acquired or developed during Employee's employment. Employee agrees that, in the course of Employee's employment with Employer, Employee has acquired Employer Information as defined above. Employee understands and agrees that such Employer Information has been disclosed to Employee in confidence and for use only by Employer. Employee understands and agrees that: (i) Employee will keep such Employer Information confidential at all times during and after employment with Employer, (ii) Employee will not disclose or communicate Employer Information to any third party, and (iii) Employee will not make use of Employer Information on Employee's own behalf,

or on behalf of any third party. The undertakings set forth in this paragraph shall survive the termination of this Agreement or other arrangements contained in this Agreement.

8. **Governing Law and Interpretation**. This Agreement shall be governed and construed in accordance with the laws of the State of Texas without regard to its conflict of laws provision.

9. **Severability**. In the event that any provision contained in this Agreement shall be determined to be invalid, illegal or unenforceable in any respect for any reason, the validity, legality and enforceability of any such provision in every other respect and the remaining provisions of this Agreement shall not, at the election of the party for whose benefit the provision exists, be in any way impaired. Notwithstanding the foregoing, if any such provision determined to be invalid, illegal or unenforceable may be valid, legal or enforceable by modification thereof, then a court or other entity construing this Agreement may interpret or modify it as may be necessary to ensure its enforceability. If necessary, Employee will sign a new or supplemental release without receiving any additional consideration because this Agreement was provided in the expectation that it would be fully enforceable.

10. **Confidentiality**. All matters relating to the terms and negotiation of this Agreement and the termination of Employee's employment with Employer shall be confidential and are not to be disclosed except by order of Court or by agreement, in writing, of the Parties, except that the Agreement may be disclosed (a) to outside auditors, accountants, regulators, lenders and attorneys of a Party, as necessary, (b) as a party's legal counsel shall advise is required to comply with applicable legal requirements, and (c) to Employee's spouse.

11. **No Admission of Wrongdoing**. Employee agrees that neither this Agreement nor the furnishing of the consideration for this Agreement shall be deemed or construed at any time for any purpose as an admission by Employer of any liability or unlawful conduct of any kind.

12. **Amendment**. This Agreement may not be modified, altered or changed except upon express written consent of both parties wherein specific reference is made to this Agreement.

13. **Counterparts and Facsimile Signature**. This Agreement may be executed in counterparts and shall be deemed fully executed when each party has signed and transmitted a counterpart to the other. All counterparts taken together shall constitute a single agreement. A facsimile signature shall have the same force and effect of an original signature.

14. **Attorney's Fees**. In the event that it should be necessary for any party to this Agreement to commence a legal action to enforce any of the terms of this Agreement, the prevailing party in such action shall be entitled to costs and attorneys' fees.

15. **Entire Agreement**. This Agreement sets forth the entire agreement between the parties hereto, and fully supersedes any prior agreements or understandings between the parties. This is an integrated document. Employee acknowledges that he has not relied on any representations, promises, or agreements of any kind made to him in connection with his decision to accept this Agreement, except for those set forth in this Agreement.

**PLEASE READ CAREFULLY BEFORE SIGNING. THIS AGREEMENT INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS. EMPLOYEE HAS BEEN ADVISED THAT EMPLOYEE HAS AT LEAST TWENTY-ONE (21) DAYS TO CONSIDER THIS AGREEMENT AND HAS BEEN ADVISED IN WRITING TO CONSULT WITH AN ATTORNEY PRIOR TO EXECUTION OF THIS AGREEMENT. EMPLOYEE AGREES THAT ANY MODIFICATIONS, MATERIAL OR OTHERWISE, MADE TO THIS AGREEMENT DO NOT RESTART OR AFFECT IN ANY MANNER THE ORIGINAL TWENTY-ONE DAY CONSIDERATION PERIOD. HAVING ELECTED TO EXECUTE THIS AGREEMENT, TO FULFILL THE PROMISES SET FORTH HEREIN, AND TO RECEIVE THEREBY THE SUMS AND BENEFITS SET FORTH IN PARAGRAPH "2" ABOVE, EMPLOYEE FREELY AND KNOWINGLY, AND AFTER DUE CONSIDERATION, ENTERS INTO THIS AGREEMENT INTENDING TO WAIVE, SETTLE AND RELEASE ALL CLAIMS EMPLOYEE HAS OR MIGHT HAVE AGAINST EMPLOYER.**

IN WITNESS WHEREOF, the parties hereto knowingly and voluntarily executed this Agreement as of the date set forth below:

**EMPLOYEE SIGNATURE**

| | |
|---|---|
| Dated | EMPLOYEE NAME |

**EMPLOYER SIGNATURE**

| | |
|---|---|
| Dated | Authorized Agent of<br>LEGAL ENTITY |

# PLAINTIFF'S EXHIBIT 37

Form **W-2** **Wage and Tax Statement** **2023**

| | | | |
|---|---|---|---|
| **c** Employer's name, address, and ZIP code<br>PRIMORIS SERVICES CORPORATION<br>350 HIGHLAND DR SUITE 200<br>LEWISVILLE TX 75067 | **7** Social security tips | **1** Wages, tips, other compensation [redacted] | **2** Federal income tax withheld [redacted] |
| | **8** Allocated tips | **3** Social security wages | **4** Social security tax withheld |
| | **9** Reserved | **5** Medicare wages and tips | **6** Medicare tax withheld |
| | **10** Dependent care benefits | **11** Nonqualified plans | **12a** See instructions for box 12<br>D [redacted] |
| **e-f** Employee's name, address, and ZIP code<br>ASHLEY JO DICKSON<br>[redacted]<br>SAGINAW TX 76131 | **13** Statutory employee / Retirement plan / Third-party sick pay | **14** Other | **12b** C |
| | **b** Employer identification number (EIN)<br>Redacted | | **12c** W |
| | **a** Employee's social security number<br>XXX-XX-5233 | | **12d** DD |

| **15** State | Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**COPY B – To Be Filed With Employee's FEDERAL Tax Return** This information is being furnished to the Internal Revenue Service. OMB No. 1545-0008 Department of the Treasury – IRS

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report i

Form **W-2** **Wage and Tax Statement** **2023**

| | | | |
|---|---|---|---|
| **c** Employer's name, address, and ZIP code<br>PRIMORIS SERVICES CORPORATION<br>350 HIGHLAND DR SUITE 200<br>LEWISVILLE TX 75067 | **7** Social security tips | **1** Wages, tips, other compensation [redacted] | **2** Federal income tax withheld [redacted] |
| | **8** Allocated tips | **3** Social security wages | **4** Social security tax withheld |
| | **9** Reserved | **5** Medicare wages and tips | **6** Medicare tax withheld |
| | **10** Dependent care benefits | **11** Nonqualified plans | **12a** See instructions for box 12<br>D |
| **e-f** Employee's name, address, and ZIP code<br>ASHLEY JO DICKSON<br>[redacted]<br>SAGINAW TX 76131 | **13** Statutory employee / Retirement plan / Third-party sick pay | **14** Other | **12b** C |
| | **b** Employer identification number (EIN)<br>Redacted | | **12c** W |
| | **a** Employee's social security number<br>XXX-XX-5233 | | **12d** DD |

| **15** State | Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**COPY C – For EMPLOYEE'S RECORDS** (See *Notice to Employee* on the back of Copy B.) OMB No. 1545-0008 Department of the Treasury – IRS

Form **W-2** **Wage and Tax Statement** **2023**

| | | |
|---|---|---|
| 7 Social security tips | 1 Wages, tips, other compensation [redacted] | 2 Federal income tax withheld [redacted] |
| 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
| 9 Reserved | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12: D [redacted] |
| 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
| b Employer identification number (EIN): Redacted | | 12c |
| a Employee's social security number: XXX-XX-Redacted | | 12d |

c Employer's name, address, and ZIP code

PRIMORIS SERVICES CORPORATION
350 HIGHLAND DR SUITE 200
LEWISVILLE TX 75067

e-f Employee's name, address, and ZIP code

ALEXIS BREANNA GOLUGURI
Redacted
MCKINNEY TX 75070

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**COPY B – To Be Filed With Employee's FEDERAL Tax Return** This information is being furnished to the Internal Revenue Service. OMB No. 1545-0008 Department of the Treasury – IRS

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report i

Form **W-2** **Wage and Tax Statement** **2023**

| | | |
|---|---|---|
| 7 Social security tips | 1 Wages, tips, other compensation [redacted] | 2 Federal income tax withheld [redacted] |
| 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
| 9 Reserved | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12: D |
| 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
| b Employer identification number (EIN): Redacted | | 12c |
| a Employee's social security number: XXX-XX-Redacted | | 12d |

c Employer's name, address, and ZIP code

PRIMORIS SERVICES CORPORATION
350 HIGHLAND DR SUITE 200
LEWISVILLE TX 75067

e-f Employee's name, address, and ZIP code

ALEXIS BREANNA GOLUGURI
Redacted
MCKINNEY TX 75070

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**COPY C – For EMPLOYEE'S RECORDS** (See *Notice to Employee* on the back of Copy B.) OMB No. 1545-0008 Department of the Treasury – IRS