**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHARLOTTE CHAPMAN BYRD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:24-cv-2767-N** |
| | § | |
| **PRIMORIS SERVICES CORP., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

# DEFENDANT'S STATEMENT OF CLAIMS AND DEFENSES

Defendant Primoris Services Corporation ("Defendant" or "Primoris")[1] files *Defendant's Statement of Claims and Defenses*.

Defendant denies it discriminated against Plaintiff based on her race or that it retaliated against her. Defendant contends Plaintiff was part of a reduction in force, which included over one hundred other employees, following its decision to shut down Primoris Line Services ("PLS"). Plaintiff's employment ended on February 21, 2023, when Plaintiff's services were no longer needed due to the transfer and anticipated transfer of remaining PLS employees. Alicia Campbell and Jackie Hendrick made all hiring, termination, and workplace related decisions, and knew Plaintiff's race at the time they made the decision to hire Plaintiff and terminate her employment. Defendant's termination decision was based on legitimate non-discriminatory, non-retaliatory reasons that were unrelated to Plaintiff's race or alleged protected activity. Defendant denies it

[1] On May 7, 2026, Plaintiff Charlotte Chapman Byrd and Defendants Primoris Services Corporation, PLH Group, Inc., Power Line Services, Inc., and Future Infrastructure, LLC (collectively, the "Parties") entered a stipulation notifying the Court that the Parties agreed that Primoris Services Corporation is the only properly named Defendant in this case. As a result, all pretrial materials are being submitted under Defendant Primoris Services Corporation.

violated any laws with regards to Plaintiff's employment and denies that Plaintiff is entitled to any of the relief sought.

Respectfully submitted,

*/s/ Michael J. DePonte*

Michael J. DePonte
Texas Bar No. 24001392
Michael.Deponte@jacksonlewis.com
Nicholé M. Plagens
Texas Bar No. 24083665
Nichole.Plagens@jacksonlewis.com
Zachary L. Miller
Texas State Bar No. 24150149
Zach.Miller@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Fax: (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 14th day of August, 2026.

**Carmen Artaza**
TX Bar No. 24055114
carmen@tremainartaza.com
**Christine Hopkins**
TX Bar No. 24095786
christine@tremainartaza.com
TREMAIN ARTAZA PLLC
6060 North Central Expwy, Ste. 567
Dallas, TX 75206
T (469) 573-0297
F (214) 254-4941

**ATTORNEYS FOR PLAINTIFF**

**Brian P. Sanford**
TX Bar No. 17630700
bsanford@sanfordfirm.com
**Elizabeth "BB" Sanford**
TX Bar No. 24100618
esanford@sanfordfirm.com
THE SANFORD FIRM
2711 Hibernia St
Dallas, TX 75204
T (214) 717-6653
F (214) 919-0113

**ATTORNEYS FOR PLAINTIFF**

*/s/ Michael J. DePonte*
Michael J. DePonte